UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-620-SDJ |
| | § | |
| MAITH SOLUTIONS, LLC | § | |

# ORDER

It is **ORDERED** that all proceedings in this case are **STAYED** pending the Court's resolution of Plaintiffs Acacia Insurance Managers, LLC and Edgepoint Systems, LLC, and Third-Party Defendants Brian Borders and Ivan Betancourt's pending motion for partial summary judgment, (Dkt. #44), Defendant Maith Solutions, LLC's pending motion for partial summary judgment, (Dkt. #45), and Plaintiffs Acacia Insurance Managers, LLC and Edgepoint Systems, LLC's Motion to Dismiss Counts 4 and 5 Without Prejudice (Dkt. #50). Following the Court's rulings on these matters, the Court shall enter an order scheduling a new trial date and any necessary pretrial deadlines.

**So ORDERED and SIGNED this 15th day of August, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE