**JOHN KILLACKY** | COO & General Counsel
e: jkillacky@seaharborinsurance.com
m: 312.504.4594

July 1, 2024

Via U.S. Mail and Electronic Mail
Acacia Insurance Managers, LLC
9234 Grand Canal Dr.
Frisco, TX 75033-7163
Attn: Clinton Grumbles (Clinton.Grumbles@AcaciaMGA.com & service@acaciamga.com)

**RE: CEASE AND DESIST DEMAND REGARDING UNAUTHORIZED USE OF INSUROR ATLAS SOFTWARE**

Dear Mr. Grumbles:

I am writing to put you on notice that Maith Solutions LLC ("Maith"), the exclusive owner of all right, title and interest in and to the software commonly known as "Insuror Atlas™" (the "Software"), has become aware that Acacia Insurance Managers, LLC and/or its affiliates (collectively, "Acacia") have misappropriated the Software and are currently using the Software without authorization.

Effective May 31, 2024, Maith acquired all right, title and interest in and to the Software from Tim Hunt and his affiliated entities (collectively, "Hunt"). As of that date, Acacia was a licensee of the Software and Maith assumed all existing contracts and agreements between Hunt and Acacia. Throughout June 2024, Maith performed pursuant to those assumed contracts and agreements, continuing to license the Software and provide support to Acacia with respect to the Software.

On June 27, 2024, April Grumbles submitted ticket AM-2939 to Maith on behalf of Acacia via the Jira Service Management System, stating:

> Please turn off our system effective immediately. Starting tomorrow Acacia will no longer be a client. Please recognize that all data is owned by Acacia and return the data to our business address as soon as practicable.
>
> Any questions can be addressed to Clinton Grumbles. Contact number is (214) 732-5439.

*See* Exhibit A. Consistent with Acacia's request, Maith terminated Acacia's access to the Software on June 28, 2024.

On June 29, 2024, Maith learned that Acacia did not cease use of the Software, but instead, has apparently misappropriated and moved the Software to a new domain. Specifically, Maith is aware of the following facts at this time:

- Acacia operates a website at the address www.acaciamga.com which provides systems access to Acacia's policyholders and agents.
- Acacia sent an email to its agents on or about June 28 advertising this new web address and stating that Acacia's marketing department would be contacting all agents with new login information.
- When policyholders click the link to access their policy information, they are redirected to login.acaciamga.com/consumer/ and a login page that is in all material respects identical to the login page Acacia's policyholders previously utilized when accessing the Software (at the link acacia.insuroratlas.com/login/). *See* Exhibit B.
- When a policyholder inputs their drivers license and policy number, they are given access to a page that is in all material respects identical to what was previously provided using the Software. *See* Exhibit C.
- Similarly, Acacia's agents may seek to link to an agent portal, which redirects to login.acaciamga.com and a login page that is identical to the login page Acacia's agents used when accessing the Software. *See* Exhibit D.
- The html source code behind the Acacia login page is identical to the source code for the Software. *See* Exhibit E.

Based on the foregoing facts, there is little doubt that instead of terminating its use of the Software as set forth in the June 27 Jira ticket it submitted, Acacia has misappropriated the Software, migrated it to a new web server, and is now attempting to exploit the Software in the absence of a valid license to do so. Maith's investigation is continuing.

The Software in question is protected by copyright, trade secret and other intellectual property rights. Maith has expended valuable consideration and effort to acquire and develop the intellectual property rights associated with the Software. Acacia's actions described and continued use of the Software constitutes a willful violation of Maith's intellectual property rights. These actions also may constitute a violation of the federal Computer Fraud and Abuse Act, 18 U.S.C. § 1030, et seq., which provides civil remedies for prohibited conduct involving a protected computer, including without limitation, accessing a protected computer to obtain anything of value or further a fraud.

Maith hereby demands that Acacia immediately cease and desist from any further use of the Software, including but not limited to its reproduction, distribution, display, or sale. To confirm your compliance with this demand, you are required to:

1. Provide a written response confirming that you have ceased all unauthorized use of the Software.
2. Provide an accounting of all profits or benefits derived from the unauthorized use of the Software.
3. Destroy all copies of the Software in your possession or under your control and certify the same in writing.

Failure to comply with these demands within five (5) business days will compel Maith to pursue all available legal remedies, including but not limited to seeking injunctive relief, monetary damages, and reimbursement of attorney fees and costs incurred as a result of enforcing its rights.

Please take notice that Maith intends only to protect its intellectual property rights. Despite the egregious circumstances described above, Maith does not desire to harm Acacia's business in any fashion. Should Acacia elect to comply with the foregoing demands and wishes to continue licensing the Software, Maith is open to negotiating a new licensing contract on a go-forward basis.

This letter is without prejudice to any other rights or remedies that Maith may have at law or in equity, all of which are expressly reserved.

In addition, you are hereby notified of your legal obligation to preserve all records and evidence related to the aforementioned activities. This includes, but is not limited to, electronic communications (emails, texts, instant messages), documents, files, databases, software, source code, and any other materials related to the use, distribution, or development of our software. Failure to preserve such evidence could result in severe legal penalties, including sanctions, fines, and adverse judgments in potential litigation. Your obligation to retain these materials extends to all forms of communication and documentation, regardless of whether they are stored electronically or in physical form.

Please confirm in writing that you have received this letter and intend to comply with our demands. Should you have any questions or require further information, please contact me directly.

Sincerely,



John P. Killacky
COO & General Counsel
Maith Solutions LLC

Enclosures

cc: Michael J. McClure

# EXHIBIT A


Jira Service Management
Your work
Projects
Filters
Dashboards
Teams
Assets
Apps
Create
Acacia MGA
Service project
Back to project
Queues
STARRED
Select the star icon next to your queues to add them here.
TEAM PRIORITY
All2 999+
Unassigned issues 1
All open 26
Assigned to Me 4
Service requests 23
Recently resolved 493
Incidents 0
Reported in the last ... 0
Back
AM-2939
Acacia
Create subtask
Link issue
Create
April Grumbles raised this request via Portal
View request in portal
Hide details
Description
Normal text
Write
Hello,
Please turn off our system effective immediately. Starting tomorrow Acacia will no longer be a client. Please recognize that all data is owned by Acacia and return the data to our business address as soon as practical.
Any questions can be addressed to Clinton Grumbles. Contact number is (214) 732-5439
Thank you.

# EXHIBIT B


Acacia Insurance Managers
login.acaciamga.com/consumer/
Google Maps
Inbox - jkillacky@se...
SeaHarbor - Calend...
Insuror Atlas Web S...
Login | Paylocity
SeaHarbor
Travel
Reference/Office
Favorites
Google Contacts
Consumer Login
ACACIA
INSURANCE MANAGERS
Please sign in
Policy Number
Driver's License No
*Enter the driver's license or ID number for the primary insured on the policy.
Login
61°F
Sunny
Search
8:09 AM
7/1/2024

# EXHIBIT C

https://login.acaciamga.com/consumer/ConsumerLogin

ACACIA
INSURANCE MANAGERS

Welcome CONSUMER LOGIN Logout

- Home
- Payment Entry
- Print ID Card
- RePrint Dec Page
- View Last Billing

## Policy Overview

| | | | |
|---|---|---|---|
| **Policy No.** | [redacted] | **Binder No.** | [redacted] |
| **Effective** | 06/27/2024 - 12/27/2024 | **Status** | Active |
| **Insured** | [redacted] | | |
| **Address** | [redacted] | | |
| **Home Phone** | | **Work Phone** | ext. |
| **Cell Phone** | [redacted] | **Email** | |
| **Company** | ACACIA INSURANCE MANAGERS LLC | | |
| **Agency** | NATIONAL INSURANCE BROKERS INC (AIM2228)<br>4950 HONDO PASS #Y<br>EL PASO , TX 79924 | | |
| **Phone** | (915) 895-1555 | **Fax** | |
| **Email** | NIBAGENCY@OUTLOOK.COM | | |
| **Line of Business** | Private Passenger Auto - Auto (Semi-Annual) | | |
| **Program Type** | E.F.T. Payment Program | | |
| **Current Payment Due** | $97.83 due on 07/17/2024 | | |

Policy Jacket

Payment Entry

8:29 AM
6/29/2024

# EXHIBIT D


Acacia Insurance Managers
login.acaciamga.com
Google Maps
Inbox - jkillacky@se...
SeaHarbor - Calend...
Insuror Atlas Web S...
Login | Paylocity
SeaHarbor
Travel
Reference/Office
Favorites
Google Contacts
ACACIA
INSURANCE MANAGERS
Please sign in
The system locks a user out after 5 failed login attempts.
Please note that your password may have changed. Please contact us for help with your login.
Username
Password
Login
https://login.acaciamga.com/#
61°F
Sunny
Search
8:10 AM
7/1/2024

# EXHIBIT E

Line wrap

```


<!DOCTYPE html>
<html lang="en" xmlns="http://www.w3.org/1999/xhtml">
<head>
    <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1" />
    <meta name="viewport" content="width=device-width, initial-scale=1">

    <title>Acacia Insurance Managers</title>

    <link href="/scripts/bootstrap-5.1.3-dist/css/bootstrap.css" rel="stylesheet" type="text/css" />
    <link href="/scripts/CSS/Acacia.css?2022-06-24" rel="stylesheet" type="text/css" />
    <link href="/scripts/CSS/Site.css?2022-06-24" rel="stylesheet" />
    <script type="text/javascript" src="/scripts/printdate.js"></script>
    <script type="text/javascript" src="/scripts/browserdetect.js"></script>
    <script src="/Scripts/jquery-3.6.0.min.js" type="text/javascript"></script>
    <script src="/Scripts/jquery-ui-1.13.0/jquery-ui.js" type="text/javascript"></script>

    <link href="/scripts/buttons.jqueryui.css" rel="stylesheet" />
    <link rel="Stylesheet" href="/scripts/jquery-ui-1.13.0/jquery-ui.css?2021-10-20" type="text/css" />

    <script src="/scripts/jquery-validation-1.19.3/dist/jquery.validate.min.js" type="text/javascript"></script>
    <script src="/scripts/jquery-validation-1.19.3/dist/additional-methods.min.js" type="text/javascript"></script>
    <script src="/scripts/val_maintenance.js"></script>
    <script src="/scripts/val_rater.js?2018-03-14"></script>

    <script src="/scripts/bootstrap-5.1.3-dist/js/bootstrap.js"></script>


</head>

<body class="text-center">

<main class="form-signin">

    <a Class="navbar-brand col-md-3 col-lg-2 me-0 px-3 logo2" href="#"></a>
        <form method="post" action="/Login/AgentLogin">

            <h1 class="h3 mb-3 fw-normal">Please sign in</h1>
            <p>The system locks a user out after <b>5</b> failed login attempts.</p>
            <p class="alert alert-info">
                <i class="bi bi-exclamation-triangle-fill"></i>Please note that your password may have changed. Please contact us for help with your lo
            </p>
            <div class="form-floating">
                <input type="text" class="form-control" id="floatingInput" placeholder="Username" name="username" required>
                <label for="floatingInput">Username</label>
            </div>
            <div class="form-floating">
                <input type="password" class="form-control" id="floatingPassword" placeholder="Password" name="password" required>
                <label for="floatingPassword">Password</label>
            </div>
            <input class="w-100 btn btn-lg btn-primary" type="submit" name="login" value="Login">

        </form>
</main>

</body>
</html>
```

Line wrap

```
<!DOCTYPE html>
<html lang="en" xmlns="http://www.w3.org/1999/xhtml">
<head>
    <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1" />
    <meta name="viewport" content="width=device-width, initial-scale=1">

    <title>Insuror Atlas Web System</title>

    <link href="/scripts/bootstrap-5.1.3-dist/css/bootstrap.css" rel="stylesheet" type="text/css" />
    <link href="/scripts/CSS/Seaharbor.css?2022-06-24" rel="stylesheet" type="text/css" />
    <link href="/scripts/CSS/Site.css?2022-06-24" rel="stylesheet" />
    <script type="text/javascript" src="/scripts/printdate.js"></script>
    <script type="text/javascript" src="/scripts/browserdetect.js"></script>
    <script src="/Scripts/jquery-3.6.0.min.js" type="text/javascript"></script>
    <script src="/Scripts/jquery-ui-1.13.0/jquery-ui.js" type="text/javascript"></script>

    <link href="/scripts/buttons.jqueryui.css" rel="stylesheet" />
    <link rel="Stylesheet" href="/scripts/jquery-ui-1.13.0/jquery-ui.css?2021-10-20" type="text/css" />

    <script src="/scripts/jquery-validation-1.19.3/dist/jquery.validate.min.js" type="text/javascript"></script>
    <script src="/scripts/jquery-validation-1.19.3/dist/additional-methods.min.js" type="text/javascript"></script>
    <script src="/scripts/val_maintenance.js"></script>
    <script src="/scripts/val_rater.js?2018-03-14"></script>

    <script src="/scripts/bootstrap-5.1.3-dist/js/bootstrap.js"></script>


</head>

<body class="text-center">

<main class="form-signin">

    <a Class="navbar-brand col-md-3 col-lg-2 me-0 px-3 logo2" href="#"></a>
        <form method="post" action="/Login/AgentLogin">

            <h1 class="h3 mb-3 fw-normal">Please sign in</h1>
            <p>The system locks a user out after <b>5</b> failed login attempts.</p>
            <div class="form-floating">
                <input type="text" class="form-control" id="floatingInput" placeholder="Username" name="username" required>
                <label for="floatingInput">Username</label>
            </div>
            <div class="form-floating">
                <input type="password" class="form-control" id="floatingPassword" placeholder="Password" name="password" required>
                <label for="floatingPassword">Password</label>
            </div>
            <input class="w-100 btn btn-lg btn-primary" type="submit" name="login" value="Login">

        </form>
</main>

</body>
</html>
```