UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC, ET AL. | § | |
| | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-620-SDJ |
| | § | |
| MAITH SOLUTIONS, LLC | § | |

**ORDER**

Before the Court is Maith Solutions LLC's Motion for Partial Summary Judgment, (Dkt. #45). Plaintiff has since filed an amended complaint. (Dkt. #69). The amended complaint is now the operative complaint in this case. Accordingly, these motions, which address a prior complaint, are now moot.

It is therefore **ORDERED** that Maith Solutions LLC's Motion for Partial Summary Judgment, (Dkt. #45), is **DENIED as moot**.

**So ORDERED and SIGNED this 18th day of December, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE