**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC and EDGEPOINT SYSTEMS, LLC, | § | |
| | § | |
| *Plaintiffs/Counter-Defendants*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No: 4:24-cv-00620-SDJ |
| MAITH SOLUTIONS LLC, | § | |
| | § | |
| *Defendant/Counter-Plaintiff/Third-Party Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| BRIAN BORDERS and IVAN BETANCOURT | § | |
| | § | |
| *Third-Party Defendants*. | § | |

**ORDER GRANTING PLAINTIFFS ACACIA INSURANCE MANAGERS, LLC, EDGEPOINT SYSTEMS, LLC, AND THIRD-PARTY DEFENDANTS BRIAN BORDERS AND IVAN BETANCOURT'S MOTION FOR SUMMARY JUDGMENT**

On this day, the Court considered Plaintiffs Acacia Insurance Managers, LLC and Edgepoint Systems, LLC (collectively, "Plaintiffs"), and Third-Party Defendants Brian Borders and Ivan Betancourt's (collectively, "Third-Party Defendants") Motion for Summary Judgment ("Motion"). After reviewing the Motion, any responses and replies, and any arguments of counsel, this Court finds Plaintiffs and Third-Party Defendants' Motion meritorious.

It is, therefore, **ORDERED** that Plaintiffs and Third-Party Defendants' Motion be in all things **GRANTED**.

It is further **ORDERED, ADJUDGED and DECREED** that judgment is hereby rendered that Defendant Maith Solutions LLC retains only non-exclusive rights to the Insuror Atlas Software and that Maith's allegation that it possesses exclusive ownership rights to the Insuror

Atlas Software is unenforceable as a matter of law.

It is further **ORDERED, ADJUDGED and DECREED** that judgment is hereby rendered that Counter-Plaintiff/Third-Party Plaintiff Maith Solutions LLC take nothing on the counterclaims it has asserted against Plaintiffs and Third-Party Defendants.

It is further **ORDERED, ADJUDGED and DECREED** that judgment is hereby rendered that Defendant Maith Solutions LLC's copyright of the Insuror Atlas Software is invalid as a matter of law.