**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC and EDGEPOINT SYSTEMS, LLC, | § | |
| | § | |
| *Plaintiffs/Counter-Defendants*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No: 4:24-cv-00620-SDJ |
| MAITH SOLUTIONS LLC, | § | |
| | § | |
| *Defendant/Counter-Plaintiff/Third-Party Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| BRIAN BORDERS and IVAN BETANCOURT | § | |
| | § | |
| *Third-Party Defendants*. | § | |

**PLAINTIFFS ACACIA INSURANCE MANAGERS, LLC, EDGEPOINT SYSTEMS, LLC, AND THIRD-PARTY DEFENDANTS BRIAN BORDERS AND IVAN BETANCOURT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT 9

Schedule 5.5(a) to the Asset Purchase Agreement

# DISCLOSURE SCHEDULES TO
# ASSET PURCHASE AGREEMENT

May 24, 2024

These disclosure schedules ("*Disclosure Schedules*") are being delivered in connection with that certain Asset Purchase Agreement (the "**Agreement**") dated as of May 24, 2024 ("**Effective Date**"), by and between Timothy Craig Hunt ("**Seller**") and Maith Solutions LLC ("**Buyer**"). Each section or subsection referenced in these Disclosure Schedules refers to the corresponding section or subsection of the Agreement. Terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Agreement.

The representations and warranties of the Seller set forth in the Agreement are made and given subject to the disclosures in these Disclosure Schedules. Any headings herein have been inserted for convenience of reference and shall to no extent have the effect of amending or changing the express description of the sections as set forth in the Agreement.

EXHIBIT 18
WIT: Tim Hunt
DATE: 2/21/25
Natasha Duckworth, CSR

**Schedule 5.5(a)**
**Anti-Sandbagging Exceptions**

(i) Claims asserted by Brian Borders alleging any interest or ownership in or to the Acquired Assets.

(ii) Claims asserted by Ivan Betancourt alleging any interest or ownership in or to the Acquired Assets.