**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC and EDGEPOINT SYSTEMS, LLC, | § | |
| | § | |
| *Plaintiffs/Counter-Defendants*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No: 4:24-cv-00620-SDJ |
| MAITH SOLUTIONS LLC, | § | |
| | § | |
| *Defendant/Counter-Plaintiff/Third-Party Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| BRIAN BORDERS and IVAN BETANCOURT | § | |
| | § | |
| *Third-Party Defendants*. | § | |

**PLAINTIFFS ACACIA INSURANCE MANAGERS, LLC, EDGEPOINT SYSTEMS, LLC, AND THIRD-PARTY DEFENDANTS BRIAN BORDERS AND IVAN BETANCOURT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT 10

Texas Office of the Comptroller Franchise Tax Account Status for Seguros Direct, Inc.

# Franchise Tax Account Status

As of : 04/17/2025 10:46:32

**This summary page is designed to satisfy standard business needs. If you need to reinstate or terminate a business with the Texas Secretary of State, you must** obtain a certificate **specific to that purpose.**

| SEGUROS DIRECT, INC. | |
|---|---|
| **Texas Taxpayer Number** | 17529633624 |
| **Mailing Address** | PO BOX 1187 CADDO MILLS, TX 75135-1187 |
| **Right to Transact Business in Texas** | FRANCHISE TAX INVOLUNTARILY ENDED<br>Request tax clearance to reinstate entity |
| **SOS Registration Status** (SOS status updated each business day) | INACTIVE |
| **Effective SOS Registration Date** | 12/01/2000 |
| **Texas SOS File Number** | 0160693800 |
| **Registered Agent Name** | KERRI K. FIELDS |
| **Registered Office Street Address** | 135 WOODLAND COURT BASTROP, TX 78602 |