**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC and EDGEPOINT SYSTEMS, LLC, | § | |
| | § | |
| *Plaintiffs/Counter-Defendants*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No: 4:24-cv-00620-SDJ |
| MAITH SOLUTIONS LLC, | § | |
| | § | |
| *Defendant/Counter-Plaintiff/Third-Party Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| BRIAN BORDERS and IVAN BETANCOURT | § | |
| | § | |
| *Third-Party Defendants*. | § | |

**PLAINTIFFS ACACIA INSURANCE MANAGERS, LLC, EDGEPOINT SYSTEMS, LLC, AND THIRD-PARTY DEFENDANTS BRIAN BORDERS AND IVAN BETANCOURT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT 12

Declaration of Brian Borders

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC and EDGEPOINT SYSTEMS, LLC,<br><br>*Plaintiffs/Counter-Defendants,*<br><br>v.<br><br>MAITH SOLUTIONS, INC.<br><br>*Defendant/Counter-Plaintiff/Third-Party Plaintiff,*<br><br>v.<br><br>BRIAN BORDERS and IVAN BETANCOURT<br><br>*Third-Party Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No: 4:24-cv-00620SDJ |

**<u>DECLARATION OF BRIAN BORDERS</u>**

My name is Brian Borders. I am over twenty-one (21) years of age, have never been convicted of a felony, and am fully competent to testify to, and have personal knowledge of, the matters stated in this Declaration. Every statement of fact contained herein is true and correct.

1. I became a Microsoft Certified Professional in the 1990s and have extensive experience managing Windows Server environments, including Hyper-V, Active Directory, DFS-R, IIS, and a range of backup solutions. My technical background includes hands-on work with Supermicro servers, Adaptec and LSI RAID configurations, and SonicWall firewalls. I began programming in the 1990s with Perl and later expanded into Visual Basic, PHP, and C#, utilizing both MS SQL and MySQL databases. Over the years, I have developed web applications using ASP.NET and the MVC framework, as well as reporting solutions designed to meet business needs. Since 2009, I have owned and operated a consulting company focused on IT services and custom software design.

2. I began working for Hunt in 1999 at American Recreational Markets General Agency ("ARM"). My job responsibilities included the PC help desk for several years, then I started helping with the network servers.

3. I was then assigned to Axess Insurance Agency ("Axess"). My job responsibilities for Axess included helping them with IT-related tasks including their connectivity,

their computers, and internet. Eventually, Axess was sold and I began helping Seguros Direct. I moved more into an insurance management software programming role around the time that Axess shut down.

4. Prior to 2005, I received W-2s and was paid on an hourly basis for my work for ARM and Axess. Beginning in tax year 2005, Hunt no longer wanted employees so I began receiving 1099s for my work.

5. Attached to this Declaration as **Exhibit A** are true and correct copies of the 1099s I received from Seguros Direct from 2009 through 2015.

6. Similarly, from 2015 to 2023, I received 1099s from Pearl General Agency, Inc. ("PGA"). Attached to this Declaration as **Exhibit B** are true and correct copies of the 1099s I received from PGA.

7. Between 2010 and 2015, I was paid hourly then a fixed fee which was paid on a bimonthly basis. I was never paid a salary at any time by any Hunt entity. I received physical checks from Seguros Direct for services I performed for Hunt. I would also receive ACH payments from PGA in the last couple of years. Most of the time, I would receive physical checks from Seguros Direct. Attached to this Declaration as **Exhibit G** are true and correct copies of some of the physical checks I received from Seguros Direct, some of which indicate in the memo line "Services Provided – Contract[.]" Within **Exhibit G**, I received a couple of physical checks from Hunt's entity "Paladin Managing General" which I understood to be associated with PGA. Also within **Exhibit G**, there is one check from Seguros Direct to my company, TDB Technologies, listing "Server License Reimbursement" in the memo line. TDB Technologies is a company I founded in 2009 to build software. Through TDB Technologies, Inc., I re-sold anti-virus software, and provided backup software licenses and offsite storage to Seguros Direct.

8. Hunt would not pay me less than the fixed, monthly fee that was paid to me twice a month for my consulting services. There were times when I was sick and the payment amounts from Hunt did not change. There were times I would work more than a forty (40) hour week and the payment amounts from Hunt also did not change under those circumstances. Hunt would occasionally pay me extra money aside from the fixed fee that I charged him. This could be for various reasons including if I completed a project on a rush basis.

9. After I was classified as a 1099 contractor while working for Hunt, I was not paid benefits by Hunt, Seguros Direct, PGA, or by any other entity owned by Hunt, including but not limited to, medical insurance, retirement program benefits, workers' compensation, or unemployment insurance.

10. I personally exported Google Location/GPS data from my cell phone into .CSV files that were formatted into Excel spreadsheets for years 2015 through 2019. This data is lengthy and, therefore, has not been attached to my Declaration but it has been produced to the opposing counsel in this litigation with bates labels as follows:

    a. Borders_000225 (2015); Borders_000226 (2015-2016), Borders_000227 (2016-2017); Borders_000228 (2017-2018); & Borders_000229 (2018-2019) (hereinafter, "**Borders GPS Data**")

11. The foregoing years include the timeframe during which I provided consulting services to Hunt's entities. Column "R" in the **Borders GPS Data** describes the office associated with Hunt, based on the location coordinates.

12. Attached as **Exhibit C** is the refined list taken from Columns "A" and "R" in the **Borders GPS Data** to show a refined list of when I was physically present in an office associated with Hunt. The decision of when to meet and for how long was predominantly determined by John Edwards, Ivan Betancourt, and myself. A review of the data within **Exhibit C** demonstrates that I did not physically work from an office associated with Hunt every day that I provided consulting services for his entities. Instead, as shown in **Exhibit C**, I was only physically present in an office associated with Hunt approximately 445 times over the course of years 2015 through 2019, detailed as follows:

    a. 2015: 7 times
    b. 2016: 67 times
    c. 2017: 118 times
    d. 2018: 123 times
    e. 2019: 130 times

13. During the time I worked on the Insuror Atlas Software, I did not have a need to hire my own assistant because I was responsible for my own work Insuror Atlas Software. I also had the confidence in other members of my team, including Ivan Betancourt and John Edwards, that we were capable of working and collaborating among ourselves and work longer hours as needed. I retained the right, however, to hire my own assistant had such necessity arisen.

14. The source code repository for the Insuror Atlas Software has been located at my residence from 2010 up through July 2024.

15. Thomas L. Warden is an attorney who John Edwards, Ivan Betancourt, and I engaged to assist us with questions that we had regarding our rights in the Insuror Atlas Software. I paid the initial deposit to engage Mr. Warden as our counsel. John Edwards and Ivan Betancourt also made payments to Mr. Warden for our representation. Attached to this Declaration as **Exhibit D** is true and correct copy of a January 12, 2024, letter in response to the questions John Edwards, Ivan

Betancourt, and I had for Mr. Warden regarding our rights in the Insuror Atlas Software. Once we reviewed Mr. Warden's letter, we each believed that we had rights in the Insuror Atlas Software. Attached to this Declaration as **Exhibit E** is a true and correct copy of an email chain between Mr. Warden, John Edwards, Ivan Betancourt, and me. The red text includes Mr. Warden's responses to questions that John Edwards, Ivan Betancourt, and I discussed as a group regarding our concerns about certain agreements presented to us. Those particular agreements are attached to this Declaration as **Exhibit F**, which include true and correct copies of an "Employee Proprietary Information and Inventions Agreement" and offer letters all to John Edwards, Ivan Betancourt, and me from Seaharbor Insurance Agency LLC.

My name is Brian Borders and my date of birth is 1/17/1980. My address is 2610 Suncrest Dr., Garland, TX 75044. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Brian Borders
BRIAN BORDERS

EXECUTED on the 18 day of April 2025.

12-A

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code and telephone no.<br><br>Seguros Direct, Inc.<br>PO Box 1187<br>4150 Interstate 30W<br>Caddo Mills, TX 75135 | 1 Rents<br>$<br>2 Royalties<br>$ | OMB No. 1545-0115<br>**2009**<br>Form **1099-MISC** | **Miscellaneous Income** |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy B For Recipient** |
| PAYER'S Federal identification number [redacted] / RECIPIENT'S identification number [redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and heath care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br><br>Brian Borders<br>[redacted] | 7 Nonemployee compensation<br>$ 38,945.60 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (optional) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals $ / 15b Section 409A income $ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** (Keep for your records.) Department of the Treasury - Internal Revenue Service

CONFIDENTIAL PER PROTECTIVE ORDER

## Instructions for Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax**. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-S, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** For individuals, report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A. Any earnings on current and prior year deferrals are also reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

12-A

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| Seguros Direct, Inc.<br>PO Box 1187<br>4150 Interstate 30W<br>Caddo Mills, TX 75135 | $ | **2010** | |
| | 2 Royalties<br>$ | Form **1099-MISC** | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy B For Recipient** |
| PAYER'S Federal identification number [redacted] / RECIPIENT'S identification number [redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and heath care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br>Brian Borders<br>[redacted] | 7 Nonemployee compensation<br>$ 36,488.80 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (optional) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals $ / 15b Section 409A income $ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** (Keep for your records.) Department of the Treasury - Internal Revenue Service

CONFIDENTIAL PER PROTECTIVE ORDER

## Instructions for Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-S, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** For individuals, report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A. Any earnings on current and prior year deferrals are also reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

☐ CORRECTED (if checked)

12-A

| PAYER'S name, street address, city, state, ZIP code and telephone no.<br>Seguros Direct, Inc.<br>PO Box 1187<br>Caddo Mills, TX 75135<br>Contact: Timothy Hunt | | 1 Rents<br>$<br>2 Royalties<br>$ | OMB No. 1545-0115<br>**2013**<br>Form **1099-MISC** | **Miscellaneous Income** |
|---|---|---|---|---|
| | | 3 Other income<br>$ | 4 Federal Income tax withheld<br>$ | **Copy B**<br>**For Recipient** |
| PAYER'S Federal identification number<br>[redacted] | RECIPIENT'S identification number<br>[redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and heath care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br>Brian Borders<br>[redacted] | | 7 Nonemployee compensation<br>$ 40,139.20 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 Foreign tax paid<br>$ | 12 Foreign country or US possession | |
| Account number (optional) | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** (Keep for your records.) Department of the Treasury - Internal Revenue Service

CONFIDENTIAL PER PROTECTIVE ORDER

## Instructions for Recipient

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royaties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the 'Other income" line of Form 1040 (or Form I040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax retum as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 11.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

**Box 12.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any eamings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/forml099misc.*

☐ CORRECTED (if checked)

12-A

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code and telephone no.<br>Seguros Direct, Inc.<br>PO Box 1187<br>Caddo Mills, TX 75135<br>Contact: Timothy Hunt | 1 Rents $<br>2 Royalties $ | OMB No. 1545-0115<br>**2014**<br>Form **1099-MISC** | **Miscellaneous Income** |
| | 3 Other income $ | 4 Federal Income tax withheld $ | **Copy B For Recipient** |
| PAYER'S Federal identification number [redacted] / RECIPIENT'S identification number [redacted] | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, address, and ZIP code<br>Brian Borders<br>[redacted] | 7 Nonemployee compensation $ 33,222.60 | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds $ | |
| | 11 Foreign tax paid $ | 12 Foreign country or US possession | |
| Account number (optional) | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ / 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC** (Keep for your records.) Department of the Treasury - Internal Revenue Service

CONFIDENTIAL PER PROTECTIVE ORDER

## Instructions for Recipient

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royaties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the 'Other income" line of Form 1040 (or Form I040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 11.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

**Box 12.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

12-A

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code and telephone no.<br>Seguros Direct, Inc.<br>PO Box 1187<br>Caddo Mills, TX 75135 | 1 Rents<br>$<br>2 Royalties<br>$ | OMB No. 1545-0115<br>**2015**<br>Form **1099-MISC** | **Miscellaneous Income**<br>**Copy B**<br>**For Recipient** |
|---|---|---|---|
| PAYER'S federal identification number [redacted] / RECIPIENT'S identification number [redacted] | 3 Other income<br>$ | 4 Federal Income tax withheld<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, address, and ZIP code<br>Brian Borders<br>[redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| | 7 Nonemployee compensation<br>$ 14,653.90 | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| Account number (see instructions) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds<br>$ | |
| 11 / 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ / 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** **(Keep for your records.)** Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the 'Other income" line of Form 1040 (or Form I040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 11.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

**Box 12.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

CONFIDENTIAL PER PROTECTIVE ORDER

Seguros Direct, Inc.
PO Box 1187
Caddo Mills, TX 75135

***Contact Information:***
Contact: Timothy Hunt

***Important Tax Return Document Enclosed***

Brian Borders
[redacted]

CORRECTED (if checked)

12-B

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code and telephone no.<br>Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | 1 Rents<br>$<br>2 Royalties<br>$ | OMB No. 1545-0115<br>**2015**<br>Form **1099-MISC** | **Miscellaneous Income**<br>**Copy B**<br>**For Recipient** |
| PAYER'S federal identification number [redacted] / RECIPIENT'S identification number [redacted] | 3 Other income<br>$ | 4 Federal Income tax withheld<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, address, and ZIP code<br>Brian Borders<br>[redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| | 7 Nonemployee compensation<br>$ 36,777.60 | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| Account number (see instructions) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds<br>$ | |
| 11 / 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ / 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** **(Keep for your records.)** Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the 'Other income" line of Form 1040 (or Form I040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 11.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

**Box 12.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

CONFIDENTIAL PER PROTECTIVE ORDER

Pearl General Agency Inc
PO Box 1187
Caddo Mills
Texas, TX 75135

***Contact Information:***
Contact: John Edwards
Tel: [redacted]

***Important Tax Return Document Enclosed***

Brian Borders
[redacted]

12-B

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code and telephone no. | | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|---|
| Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | | $<br>2 Royalties<br>$ | **2016**<br>Form **1099-MISC** | Copy B<br>For Recipient |
| PAYER'S federal identification number<br>[redacted] | RECIPIENT'S identification number<br>[redacted] | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, address, and ZIP code<br>Brian Borders<br>[redacted] | | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| | | 7 Nonemployee compensation<br>$ 48,375.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| Account number (see instructions) | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds<br>$ | |
| 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** (Keep for your records.) Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 11.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

**Box 12.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

CONFIDENTIAL PER PROTECTIVE ORDER

***Contact Information:***
John Edwards
Tel: [redacted]

Pearl General Agency Inc
PO Box 1187
Caddo Mills
Texas, TX 75135
***Important Tax Return Document Enclosed***

Brian Borders
[redacted]

X CORRECTED (if checked)

12-B

| PAYER'S name, street address, city, state, ZIP code and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135<br>Contact: John Edwards<br>Tel: [redacted] | $ | **2017** | |
| | 2 Royalties<br>$ | Form **1099-MISC** | |
| | 3 Other income<br>$ | 4 Federal Income tax withheld<br>$ | **Copy B For Recipient** |
| PAYER'S federal identification number: [redacted]<br>RECIPIENT'S identification number: [redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br>Brian Borders<br>[redacted] | 7 Nonemployee compensation<br>$ 53,670.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (see instructions) / FATCA filing requirement ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals $ / 15b Section 409A income $ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** (Keep for your records.) Department of the Treasury - Internal Revenue Service

CONFIDENTIAL PER PROTECTIVE ORDER

## Instructions for Recipient

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royaties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the 'Other income" line of Form 1040 (or Form I040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 11.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

**Box 12.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any eamings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

12-B

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code and telephone no.<br>Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | 1 Rents<br>$<br>2 Royalties<br>$ | OMB No. 1545-0115<br>**2018**<br>Form **1099-MISC** | **Miscellaneous Income**<br>**Copy B**<br>**For Recipient** |
| PAYER'S federal identification number [redacted] / RECIPIENT'S identification number [redacted] | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, address, and ZIP code<br>Brian Borders<br>[redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| | 7 Nonemployee compensation<br>$ 61,450.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| Account number (see instructions) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds<br>$ | |
| 11 / 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ / 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** **(Keep for your records.)** Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 11.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

**Box 12.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

CONFIDENTIAL PER PROTECTIVE ORDER

***Contact Information:***
John Edwards
Tel: [redacted]

Pearl General Agency Inc
PO Box 1187
Caddo Mills
Texas, TX 75135
***Important Tax Return Document Enclosed***

Brian Borders
[redacted]

12-B

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code and telephone no. | | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|---|
| Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | | $ | **2019** | **Copy B For Recipient** |
| | | 2 Royalties<br>$ | Form **1099-MISC** | |
| PAYER'S federal identification number<br>[redacted] | RECIPIENT'S identification number<br>[redacted] | 3 Other income<br>$ | 4 Federal Income tax withheld<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, address, and ZIP code<br>Brian BORDERS<br>[redacted] | | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| | | 7 Nonemployee compensation<br>$ 77,100.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| Account number (see instructions) | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds<br>$ | |
| 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** (Keep for your records.) Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the 'Other income" line of Form 1040 (or Form I040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 11.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

**Box 12.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

CONFIDENTIAL PER PROTECTIVE ORDER

***Contact Information:***
John Edwards
Tel: [redacted]

Pearl General Agency Inc
PO Box 1187
Caddo Mills
Texas, TX 75135

***Important Tax Return Document Enclosed***

Brian BORDERS
[redacted]

12-B

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code and telephone no.<br>Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | | OMB No. 1545-0116<br>**2020**<br>Form **1099-NEC** | **Nonemployee Compensation** |
| | 1 Nonemployee compensation<br>$ 77,400.00 | | **Copy B**<br>**For Recipient** |
| PAYER'S TIN<br>[redacted] | RECIPIENT'S TIN<br>[redacted] | 2 | |
| RECIPIENT'S name, address, and ZIP code<br>Brian BORDERS<br>[redacted] | | 3 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 4 Federal income tax withheld<br>$ | |
| FATCA filing requirement ☐ | | | |
| Account number (see instructions) | 2nd TIN not. ☐ | 5 State tax withheld<br>$<br>$ | 6 State/Payer's state no. | 7 State income<br>$<br>$ |

Form **1099-NEC**

Department of the Treasury - Internal Revenue Service

CONFIDENTIAL PER PROTECTIVE ORDER

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation and/or nonqualified deferred compensation (NQDC). If you are in the trade or business of catching fish, box 1 may show cash you received for the sale of fish. If the amount in this box is self-employment (SE) income, report it on Schedule C or F (Form 1040 or 1040-SR), and complete Schedule SE (Form 1040 or 1040-SR). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040 or 1040-SR); or on Form 1040-NR).

The amounts being reported as NQDC are includible in gross income for failure to meet the requirements under section 409A. This amount is also reported on Form 1099-MISC for additional tax calculation. See the Instructions for Forms 1040 and 1040-SR, or the Instructions for Form 1040-NR.

**Box 2.** Reserved.

**Box 3.** Reserved.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5-7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099NEC.*

Contact: John Edwards Tel: [redacted]

Contact: John Edwards/ Tel:[redacted]

☐ CORRECTED (if checked)

12-B

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|
| Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | | **2021**<br>Form **1099-NEC** | |

| PAYER'S TIN | RECIPIENT'S TIN | 1 Nonemployee compensation | **Copy B** |
|---|---|---|---|
| [redacted] | [redacted] | $ 80,400.00 | **For Recipient** |

| | | |
|---|---|---|
| RECIPIENT'S name, address, and ZIP code<br>BRIAN BORDERS<br>[redacted] | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 3 | |
| | **4 Federal income tax withheld**<br>$ | |

| Account number (see instructions) | 2nd TIN not. | 5 State tax withheld | 6 State/Payer's state no | 7 State income |
|---|---|---|---|---|
| | ☐ | $ | | $ |
| | | $ | | $ |

Form **1099-NEC** (keep for your records) www.irs.gov/Form 1099NEC Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on

CONFIDENTIAL PER PROTECTIVE ORDER

Contact: John Edwards/ Tel: (903)527-1000

☐ CORRECTED (if checked)

12-B

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | | OMB No. 1545-0116<br>Form **1099-NEC**<br>(Rev. January 2022)<br>For calendar year<br>**2022** | **Nonemployee Compensation** |
| PAYER'S TIN [redacted] \| RECIPIENT'S TIN [redacted] | 1 Nonemployee compensation<br>$ 89,175.00 | | **Copy B**<br>**For Recipient**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, address, and ZIP code<br>BRIAN BORDERS<br>[redacted] | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | | |
| | 3 | | |
| | **4 Federal income tax withheld**<br>$ | | |
| Account number (see instructions) | 5 State tax withheld<br>$<br>$ | 6 State/Payer's state no | 7 State income<br>$<br>$ |

Form **1099-NEC** (Rev. 1-2022) (keep for your records) www.irs.gov/Form1099NEC Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries and partnerships must report these amounts on the appropriate line of their tax return.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5-7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099NEC.*

**FreeFile.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

CONFIDENTIAL PER PROTECTIVE ORDER

***Contact Information:***
John Edwards
Tel: [redacted]

Pearl General Agency Inc
PO Box 1187
Caddo Mills
Texas, TX 75135

***Important Tax Return Document Enclosed***

BRIAN BORDERS
[redacted]

Contact: John Edwards/ Tel: [redacted]

12-B

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no | | | OMB No. 1545-0116 | |
|---|---|---|---|---|
| Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | | | Form **1099-NEC**<br>(Rev. January 2022)<br>For calendar year<br>**2023** | **Nonemployee Compensation** |
| PAYER'S TIN<br>[redacted] | RECIPIENT'S TIN<br>[redacted] | 1 Nonemployee compensation<br>$ 114,300.00 | | **Copy B**<br>**For Recipient** |
| RECIPIENT'S name, address, and ZIP code<br>BRIAN BORDERS<br>[redacted] | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | | This is important tax information and is being furnished to the IRS, if you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 3 | | |
| | | **4 Federal income tax withheld**<br>$ | | |
| Account number (see instructions) | | 5 State tax withheld<br>$<br>$ | 6 State/Payer's state no | 7 State income<br>$<br>$ |

Form **1099-NEC** (Rev. 1-2022) (keep for your records) www.irs.gov/Form1099NEC Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries and partnerships must report these amounts on the appropriate line of their tax return.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5-7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099NEC*.

**FreeFile.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

CONFIDENTIAL PER PROTECTIVE ORDER

Pearl General Agency Inc
PO Box 1187
Caddo Mills
Texas, TX 75135

***Important Tax Return Document Enclosed***

***Contact Information:***
John Edwards
Tel: [redacted]

BRIAN BORDERS
[redacted]

12-C

| | A |
|---|---|
| 1 | 2/4/2015 Caddo Mills Wed |
| 2 | 4/7/2015 Caddo Mills Tue |
| 3 | 4/9/2015 Caddo Mills Thu |
| 4 | 4/23/2015 Caddo Mills Thu |
| 5 | 7/20/2015 Hunt Mon |
| 6 | 9/18/2015 Caddo Mills Fri |
| 7 | 11/20/2015 Caddo Mills Fri |

12-C

| | A | B |
|---|---|---|
| 1 | 2/10/2016 Caddo Mills Wed | |
| 2 | 2/24/2016 Caddo Mills Wed | |
| 3 | 3/2/2016 Caddo Mills Wed | |
| 4 | 3/15/2016 Caddo Mills Tue | |
| 5 | 4/12/2016 Caddo Mills Tue | |
| 6 | 4/27/2016 Caddo Mills Wed | |
| 7 | 4/28/2016 Caddo Mills Thu | |
| 8 | 5/26/2016 Caddo Mills Thu | |
| 9 | 6/16/2016 Rockwall Thu | |
| 10 | 6/20/2016 Rockwall Mon | |
| 11 | 6/23/2016 Rockwall Thu | |
| 12 | 6/27/2016 Rockwall Mon | |
| 13 | 6/29/2016 Rockwall Wed | |
| 14 | 7/1/2016 Rockwall Fri | |
| 15 | 7/6/2016 Rockwall Wed | |
| 16 | 7/11/2016 Rockwall Mon | |
| 17 | 7/14/2016 Rockwall Thu | |
| 18 | 7/15/2016 Rockwall Fri | |
| 19 | 7/18/2016 Rockwall Mon | |
| 20 | 7/20/2016 Rockwall Wed | |
| 21 | 7/22/2016 Rockwall Fri | |
| 22 | 7/25/2016 Rockwall Mon | |
| 23 | 7/27/2016 Rockwall Wed | |
| 24 | 7/29/2016 Rockwall Fri | |
| 25 | 8/1/2016 Rockwall Mon | |
| 26 | 8/2/2016 Rockwall Tue | |
| 27 | 8/3/2016 Rockwall Wed | |
| 28 | 8/5/2016 Rockwall Fri | |
| 29 | 8/8/2016 Rockwall Mon | |
| 30 | 8/12/2016 Rockwall Fri | |
| 31 | 8/19/2016 Rockwall Fri | |
| 32 | 8/22/2016 Rockwall Mon | |
| 33 | 8/24/2016 Rockwall Wed | |
| 34 | 8/26/2016 Rockwall Fri | |
| 35 | 9/6/2016 Rockwall Tue | |
| 36 | 9/12/2016 Rockwall Mon | |
| 37 | 9/13/2016 Rockwall Tue | |
| 38 | 9/23/2016 Rockwall Fri | |
| 39 | 9/26/2016 Rockwall Mon | |
| 40 | 9/29/2016 Rockwall Thu | |
| 41 | 9/30/2016 Rockwall Fri | |
| 42 | 10/3/2016 Rockwall Mon | |
| 43 | 10/7/2016 Rockwall Fri | |

| | A | B |
|---|---|---|
| 44 | 10/10/2016 Rockwall Mon | |
| 45 | 10/11/2016 Rockwall Tue | |
| 46 | 10/17/2016 Rockwall Mon | |
| 47 | 10/21/2016 Rockwall Fri | |
| 48 | 10/24/2016 Rockwall Mon | |
| 49 | 10/26/2016 Rockwall Wed | |
| 50 | 10/28/2016 Rockwall Fri | |
| 51 | 10/31/2016 Rockwall Mon | |
| 52 | 11/4/2016 Rockwall Fri | |
| 53 | 11/7/2016 Rockwall Mon | |
| 54 | 11/9/2016 Rockwall Wed | |
| 55 | 11/11/2016 Rockwall Fri | |
| 56 | 11/14/2016 Rockwall Mon | |
| 57 | 11/16/2016 Rockwall Wed | |
| 58 | 11/18/2016 Rockwall Fri | |
| 59 | 11/23/2016 Rockwall Wed | |
| 60 | 11/28/2016 Rockwall Mon | |
| 61 | 12/7/2016 Rockwall Wed | |
| 62 | 12/12/2016 Rockwall Mon | |
| 63 | 12/14/2016 Rockwall Wed | |
| 64 | 12/19/2016 Rockwall Mon | |
| 65 | 12/21/2016 Rockwall Wed | |
| 66 | 12/23/2016 Rockwall Fri | |
| 67 | 12/30/2016 Rockwall Fri | |

| | A | B |
|---|---|---|
| 1 | 1/3/2017 Rockwall Tue | |
| 2 | 1/4/2017 Rockwall Wed | |
| 3 | 1/6/2017 Rockwall Fri | |
| 4 | 1/9/2017 Rockwall Mon | |
| 5 | 1/11/2017 Rockwall Wed | |
| 6 | 1/13/2017 Rockwall Fri | |
| 7 | 1/20/2017 Rockwall Fri | |
| 8 | 1/23/2017 Rockwall Mon | |
| 9 | 1/25/2017 Rockwall Wed | |
| 10 | 1/27/2017 Rockwall Fri | |
| 11 | 1/30/2017 Rockwall Mon | |
| 12 | 2/3/2017 Rockwall Fri | |
| 13 | 2/6/2017 Rockwall Mon | |
| 14 | 2/8/2017 Rockwall Wed | |
| 15 | 2/10/2017 Rockwall Fri | |
| 16 | 2/13/2017 Rockwall Mon | |
| 17 | 2/15/2017 Rockwall Wed | |
| 18 | 2/17/2017 Rockwall Fri | |
| 19 | 2/20/2017 Rockwall Mon | |
| 20 | 2/22/2017 Rockwall Wed | |
| 21 | 3/1/2017 Rockwall Wed | |
| 22 | 3/3/2017 Rockwall Fri | |
| 23 | 3/7/2017 Rockwall Tue | |
| 24 | 3/10/2017 Rockwall Fri | |
| 25 | 3/13/2017 Rockwall Mon | |
| 26 | 3/15/2017 Rockwall Wed | |
| 27 | 3/17/2017 Rockwall Fri | |
| 28 | 3/20/2017 Rockwall Mon | |
| 29 | 3/24/2017 Rockwall Fri | |
| 30 | 3/27/2017 Rockwall Mon | |
| 31 | 4/3/2017 Rockwall Mon | |
| 32 | 4/5/2017 Rockwall Wed | |
| 33 | 4/7/2017 Rockwall Fri | |
| 34 | 4/10/2017 Rockwall Mon | |
| 35 | 4/12/2017 Rockwall Wed | |
| 36 | 4/19/2017 Rockwall Wed | |
| 37 | 4/21/2017 Rockwall Fri | |
| 38 | 4/24/2017 Rockwall Mon | |
| 39 | 4/28/2017 Rockwall Fri | |
| 40 | 5/1/2017 Rockwall Mon | |
| 41 | 5/3/2017 Rockwall Wed | |
| 42 | 5/8/2017 Rockwall Mon | |
| 43 | 5/12/2017 Rockwall Fri | |

12-C

| | A | B |
|---|---|---|
| 44 | 5/15/2017 Rockwall Mon | |
| 45 | 5/19/2017 Rockwall Fri | |
| 46 | 5/22/2017 Rockwall Mon | |
| 47 | 6/2/2017 Rockwall Fri | |
| 48 | 6/9/2017 Rockwall Fri | |
| 49 | 6/12/2017 Rockwall Mon | |
| 50 | 6/16/2017 Rockwall Fri | |
| 51 | 6/19/2017 Rockwall Mon | |
| 52 | 6/21/2017 Rockwall Wed | |
| 53 | 6/26/2017 Rockwall Mon | |
| 54 | 6/30/2017 Rockwall Fri | |
| 55 | 7/7/2017 Rockwall Fri | |
| 56 | 7/10/2017 Rockwall Mon | |
| 57 | 7/12/2017 Rockwall Wed | |
| 58 | 7/14/2017 Rockwall Fri | |
| 59 | 7/17/2017 Rockwall Mon | |
| 60 | 7/19/2017 Rockwall Wed | |
| 61 | 7/21/2017 Rockwall Fri | |
| 62 | 7/24/2017 Rockwall Mon | |
| 63 | 7/27/2017 Rockwall Thu | |
| 64 | 7/31/2017 Rockwall Mon | |
| 65 | 8/2/2017 Rockwall Wed | |
| 66 | 8/4/2017 Rockwall Fri | |
| 67 | 8/7/2017 Rockwall Mon | |
| 68 | 8/9/2017 Rockwall Wed | |
| 69 | 8/11/2017 Rockwall Fri | |
| 70 | 8/14/2017 Rockwall Mon | |
| 71 | 8/15/2017 Rockwall Tue | |
| 72 | 8/18/2017 Rockwall Fri | |
| 73 | 8/21/2017 Rockwall Mon | |
| 74 | 8/23/2017 Rockwall Wed | |
| 75 | 8/25/2017 Rockwall Fri | |
| 76 | 8/28/2017 Rockwall Mon | |
| 77 | 8/30/2017 Rockwall Wed | |
| 78 | 9/5/2017 Rockwall Tue | |
| 79 | 9/8/2017 Rockwall Fri | |
| 80 | 9/11/2017 Rockwall Mon | |
| 81 | 9/15/2017 Rockwall Fri | |
| 82 | 9/19/2017 Rockwall Tue | |
| 83 | 9/21/2017 Rockwall Thu | |
| 84 | 9/22/2017 Rockwall Fri | |
| 85 | 9/25/2017 Rockwall Mon | |
| 86 | 9/27/2017 Rockwall Wed | |

| | A | B |
|---|---|---|
| 87 | 10/2/2017 Rockwall Mon | |
| 88 | 10/3/2017 Rockwall Tue | |
| 89 | 10/4/2017 Rockwall Wed | |
| 90 | 10/9/2017 Rockwall Mon | |
| 91 | 10/11/2017 Rockwall Wed | |
| 92 | 10/13/2017 Rockwall Fri | |
| 93 | 10/16/2017 Rockwall Mon | |
| 94 | 10/23/2017 Rockwall Mon | |
| 95 | 10/25/2017 Rockwall Wed | |
| 96 | 10/30/2017 Rockwall Mon | |
| 97 | 11/1/2017 Rockwall Wed | |
| 98 | 11/3/2017 Rockwall Fri | |
| 99 | 11/6/2017 Rockwall Mon | |
| 100 | 11/13/2017 Rockwall Mon | |
| 101 | 11/15/2017 Rockwall Wed | |
| 102 | 11/17/2017 Rockwall Fri | |
| 103 | 11/20/2017 Rockwall Mon | |
| 104 | 11/22/2017 Rockwall Wed | |
| 105 | 11/27/2017 Rockwall Mon | |
| 106 | 11/29/2017 Rockwall Wed | |
| 107 | 12/1/2017 Rockwall Fri | |
| 108 | 12/4/2017 Rockwall Mon | |
| 109 | 12/6/2017 Rockwall Wed | |
| 110 | 12/8/2017 Rockwall Fri | |
| 111 | 12/11/2017 Rockwall Mon | |
| 112 | 12/13/2017 Rockwall Wed | |
| 113 | 12/15/2017 Rockwall Fri | |
| 114 | 12/18/2017 Rockwall Mon | |
| 115 | 12/20/2017 Rockwall Wed | |
| 116 | 12/21/2017 Rockwall Thu | |
| 117 | 12/27/2017 Rockwall Wed | |
| 118 | 12/29/2017 Rockwall Fri | |

12-C

| | A | B |
|---|---|---|
| 1 | 1/2/2018 Rockwall Tue | |
| 2 | 1/5/2018 Rockwall Fri | |
| 3 | 1/9/2018 Rockwall Tue | |
| 4 | 1/12/2018 Rockwall Fri | |
| 5 | 1/15/2018 Rockwall Mon | |
| 6 | 1/17/2018 Rockwall Wed | |
| 7 | 1/19/2018 Rockwall Fri | |
| 8 | 1/22/2018 Rockwall Mon | |
| 9 | 1/23/2018 Rockwall Tue | |
| 10 | 1/29/2018 Rockwall Mon | |
| 11 | 2/2/2018 Rockwall Fri | |
| 12 | 2/5/2018 Rockwall Mon | |
| 13 | 2/7/2018 Rockwall Wed | |
| 14 | 2/9/2018 Rockwall Fri | |
| 15 | 2/12/2018 Rockwall Mon | |
| 16 | 2/13/2018 Rockwall Tue | |
| 17 | 2/16/2018 Rockwall Fri | |
| 18 | 2/19/2018 Rockwall Mon | |
| 19 | 2/21/2018 Rockwall Wed | |
| 20 | 2/23/2018 Rockwall Fri | |
| 21 | 2/26/2018 Rockwall Mon | |
| 22 | 2/28/2018 Rockwall Wed | |
| 23 | 3/1/2018 Rockwall Thu | |
| 24 | 3/2/2018 Rockwall Fri | |
| 25 | 3/5/2018 Rockwall Mon | |
| 26 | 3/7/2018 Rockwall Wed | |
| 27 | 3/9/2018 Rockwall Fri | |
| 28 | 3/12/2018 Rockwall Mon | |
| 29 | 3/19/2018 Rockwall Mon | |
| 30 | 3/21/2018 Rockwall Wed | |
| 31 | 3/23/2018 Rockwall Fri | |
| 32 | 3/26/2018 Rockwall Mon | |
| 33 | 3/28/2018 Rockwall Wed | |
| 34 | 3/30/2018 Rockwall Fri | |
| 35 | 4/2/2018 Rockwall Mon | |
| 36 | 4/4/2018 Rockwall Wed | |
| 37 | 4/6/2018 Rockwall Fri | |
| 38 | 4/13/2018 Rockwall Fri | |
| 39 | 4/16/2018 Rockwall Mon | |
| 40 | 4/18/2018 Rockwall Wed | |
| 41 | 4/23/2018 Rockwall Mon | |
| 42 | 4/25/2018 Rockwall Wed | |
| 43 | 4/27/2018 Rockwall Fri | |

| | A | B |
|---|---|---|
| 44 | 5/2/2018 Rockwall Wed | |
| 45 | 5/4/2018 Rockwall Fri | |
| 46 | 5/7/2018 Rockwall Mon | |
| 47 | 5/9/2018 Rockwall Wed | |
| 48 | 5/11/2018 Rockwall Fri | |
| 49 | 5/14/2018 Rockwall Mon | |
| 50 | 5/21/2018 Rockwall Mon | |
| 51 | 5/25/2018 Rockwall Fri | |
| 52 | 5/29/2018 Rockwall Tue | |
| 53 | 6/1/2018 Rockwall Fri | |
| 54 | 6/4/2018 Rockwall Mon | |
| 55 | 6/6/2018 Rockwall Wed | |
| 56 | 6/8/2018 Rockwall Fri | |
| 57 | 6/11/2018 Rockwall Mon | |
| 58 | 6/13/2018 Rockwall Wed | |
| 59 | 6/15/2018 Rockwall Fri | |
| 60 | 6/18/2018 Rockwall Mon | |
| 61 | 6/20/2018 Rockwall Wed | |
| 62 | 6/22/2018 Rockwall Fri | |
| 63 | 6/25/2018 Rockwall Mon | |
| 64 | 7/2/2018 Rockwall Mon | |
| 65 | 7/6/2018 Rockwall Fri | |
| 66 | 7/9/2018 Rockwall Mon | |
| 67 | 7/11/2018 Rockwall Wed | |
| 68 | 7/13/2018 Rockwall Fri | |
| 69 | 7/16/2018 Rockwall Mon | |
| 70 | 7/18/2018 Rockwall Wed | |
| 71 | 7/23/2018 Rockwall Mon | |
| 72 | 7/26/2018 Rockwall Thu | |
| 73 | 7/27/2018 Rockwall Fri | |
| 74 | 7/30/2018 Rockwall Mon | |
| 75 | 8/3/2018 Rockwall Fri | |
| 76 | 8/6/2018 Rockwall Mon | |
| 77 | 8/8/2018 Rockwall Wed | |
| 78 | 8/10/2018 Rockwall Fri | |
| 79 | 8/13/2018 Rockwall Mon | |
| 80 | 8/28/2018 Rockwall Tue | |
| 81 | 8/31/2018 Rockwall Fri | |
| 82 | 9/4/2018 Rockwall Tue | |
| 83 | 9/7/2018 Rockwall Fri | |
| 84 | 9/10/2018 Rockwall Mon | |
| 85 | 9/14/2018 Rockwall Fri | |
| 86 | 9/17/2018 Rockwall Mon | |

12-C

| | A | B |
|---|---|---|
| 87 | 9/19/2018 Rockwall Wed | |
| 88 | 9/24/2018 Rockwall Mon | |
| 89 | 9/28/2018 Rockwall Fri | |
| 90 | 10/1/2018 Rockwall Mon | |
| 91 | 10/5/2018 Rockwall Fri | |
| 92 | 10/8/2018 Rockwall Mon | |
| 93 | 10/12/2018 Rockwall Fri | |
| 94 | 10/15/2018 Rockwall Mon | |
| 95 | 10/17/2018 Rockwall Wed | |
| 96 | 10/19/2018 Rockwall Fri | |
| 97 | 10/22/2018 Rockwall Mon | |
| 98 | 10/26/2018 Rockwall Fri | |
| 99 | 10/29/2018 Rockwall Mon | |
| 100 | 10/31/2018 Rockwall Wed | |
| 101 | 11/1/2018 Rockwall Thu | |
| 102 | 11/5/2018 Rockwall Mon | |
| 103 | 11/7/2018 Rockwall Wed | |
| 104 | 11/8/2018 Rockwall Thu | |
| 105 | 11/9/2018 Rockwall Fri | |
| 106 | 11/12/2018 Rockwall Mon | |
| 107 | 11/14/2018 Rockwall Wed | |
| 108 | 11/16/2018 Rockwall Fri | |
| 109 | 11/19/2018 Rockwall Mon | |
| 110 | 11/21/2018 Rockwall Wed | |
| 111 | 11/26/2018 Rockwall Mon | |
| 112 | 11/28/2018 Rockwall Wed | |
| 113 | 11/30/2018 Rockwall Fri | |
| 114 | 12/3/2018 Rockwall Mon | |
| 115 | 12/5/2018 Rockwall Wed | |
| 116 | 12/7/2018 Rockwall Fri | |
| 117 | 12/10/2018 Rockwall Mon | |
| 118 | 12/12/2018 Rockwall Wed | |
| 119 | 12/14/2018 Rockwall Fri | |
| 120 | 12/17/2018 Rockwall Mon | |
| 121 | 12/19/2018 Rockwall Wed | |
| 122 | 12/21/2018 Rockwall Fri | |
| 123 | 12/28/2018 Rockwall Fri | |

| | A | B |
|---|---|---|
| 1 | 1/2/2019 Firewheel Wed | |
| 2 | 1/4/2019 Firewheel Fri | |
| 3 | 1/7/2019 Firewheel Mon | |
| 4 | 1/8/2019 Firewheel Tue | |
| 5 | 1/9/2019 Firewheel Wed | |
| 6 | 1/10/2019 Firewheel Thu | |
| 7 | 1/11/2019 Firewheel Fri | |
| 8 | 1/14/2019 Firewheel Mon | |
| 9 | 1/16/2019 Firewheel Wed | |
| 10 | 1/18/2019 Firewheel Fri | |
| 11 | 1/21/2019 Firewheel Mon | |
| 12 | 1/23/2019 Firewheel Wed | |
| 13 | 1/25/2019 Firewheel Fri | |
| 14 | 1/28/2019 Firewheel Mon | |
| 15 | 1/30/2019 Firewheel Wed | |
| 16 | 2/1/2019 Firewheel Fri | |
| 17 | 2/4/2019 Firewheel Mon | |
| 18 | 2/6/2019 Firewheel Wed | |
| 19 | 2/8/2019 Firewheel Fri | |
| 20 | 2/11/2019 Firewheel Mon | |
| 21 | 2/15/2019 Firewheel Fri | |
| 22 | 2/18/2019 Firewheel Mon | |
| 23 | 2/20/2019 Firewheel Wed | |
| 24 | 2/22/2019 Firewheel Fri | |
| 25 | 2/25/2019 Firewheel Mon | |
| 26 | 2/27/2019 Firewheel Wed | |
| 27 | 3/1/2019 Firewheel Fri | |
| 28 | 3/5/2019 Firewheel Tue | |
| 29 | 3/8/2019 Firewheel Fri | |
| 30 | 3/11/2019 Firewheel Mon | |
| 31 | 3/14/2019 Firewheel Thu | |
| 32 | 3/15/2019 Firewheel Fri | |
| 33 | 3/18/2019 Firewheel Mon | |
| 34 | 3/20/2019 Firewheel Wed | |
| 35 | 3/22/2019 Firewheel Fri | |
| 36 | 3/25/2019 Firewheel Mon | |
| 37 | 3/27/2019 Firewheel Wed | |
| 38 | 3/29/2019 Firewheel Fri | |
| 39 | 4/1/2019 Firewheel Mon | |
| 40 | 4/3/2019 Firewheel Wed | |
| 41 | 4/5/2019 Firewheel Fri | |
| 42 | 4/8/2019 Firewheel Mon | |
| 43 | 4/10/2019 Firewheel Wed | |

| | A | B |
|---|---|---|
| 44 | 4/12/2019 Firewheel Fri | |
| 45 | 4/15/2019 Firewheel Mon | |
| 46 | 4/17/2019 Firewheel Wed | |
| 47 | 4/19/2019 Firewheel Fri | |
| 48 | 4/22/2019 Firewheel Mon | |
| 49 | 4/24/2019 Firewheel Wed | |
| 50 | 4/29/2019 Firewheel Mon | |
| 51 | 5/1/2019 Firewheel Wed | |
| 52 | 5/3/2019 Firewheel Fri | |
| 53 | 5/6/2019 Firewheel Mon | |
| 54 | 5/10/2019 Firewheel Fri | |
| 55 | 5/13/2019 Firewheel Mon | |
| 56 | 5/15/2019 Firewheel Wed | |
| 57 | 5/17/2019 Firewheel Fri | |
| 58 | 5/20/2019 Firewheel Mon | |
| 59 | 5/28/2019 Firewheel Tue | |
| 60 | 5/31/2019 Firewheel Fri | |
| 61 | 6/3/2019 Firewheel Mon | |
| 62 | 6/5/2019 Firewheel Wed | |
| 63 | 6/7/2019 Firewheel Fri | |
| 64 | 6/10/2019 Firewheel Mon | |
| 65 | 6/11/2019 Firewheel Tue | |
| 66 | 6/14/2019 Firewheel Fri | |
| 67 | 6/17/2019 Firewheel Mon | |
| 68 | 6/24/2019 Firewheel Mon | |
| 69 | 6/26/2019 Firewheel Wed | |
| 70 | 6/28/2019 Firewheel Fri | |
| 71 | 7/8/2019 Firewheel Mon | |
| 72 | 7/10/2019 Firewheel Wed | |
| 73 | 7/12/2019 Firewheel Fri | |
| 74 | 7/17/2019 Firewheel Wed | |
| 75 | 7/19/2019 Firewheel Fri | |
| 76 | 7/22/2019 Firewheel Mon | |
| 77 | 7/24/2019 Firewheel Wed | |
| 78 | 7/26/2019 Firewheel Fri | |
| 79 | 7/29/2019 Firewheel Mon | |
| 80 | 7/31/2019 Firewheel Wed | |
| 81 | 8/2/2019 Firewheel Fri | |
| 82 | 8/5/2019 Firewheel Mon | |
| 83 | 8/7/2019 Firewheel Wed | |
| 84 | 8/9/2019 Firewheel Fri | |
| 85 | 8/12/2019 Firewheel Mon | |
| 86 | 8/14/2019 Firewheel Wed | |

| | A | B |
|---|---|---|
| 87 | 8/16/2019 Firewheel Fri | |
| 88 | 8/19/2019 Firewheel Mon | |
| 89 | 8/21/2019 Firewheel Wed | |
| 90 | 8/23/2019 Firewheel Fri | |
| 91 | 8/26/2019 Firewheel Mon | |
| 92 | 8/28/2019 Firewheel Wed | |
| 93 | 8/30/2019 Firewheel Fri | |
| 94 | 9/3/2019 Firewheel Tue | |
| 95 | 9/6/2019 Firewheel Fri | |
| 96 | 9/9/2019 Firewheel Mon | |
| 97 | 9/11/2019 Firewheel Wed | |
| 98 | 9/13/2019 Firewheel Fri | |
| 99 | 9/16/2019 Firewheel Mon | |
| 100 | 9/20/2019 Firewheel Fri | |
| 101 | 9/23/2019 Firewheel Mon | |
| 102 | 9/25/2019 Firewheel Wed | |
| 103 | 9/27/2019 Firewheel Fri | |
| 104 | 9/30/2019 Firewheel Mon | |
| 105 | 10/4/2019 Firewheel Fri | |
| 106 | 10/7/2019 Firewheel Mon | |
| 107 | 10/11/2019 Firewheel Fri | |
| 108 | 10/14/2019 Firewheel Mon | |
| 109 | 10/18/2019 Firewheel Fri | |
| 110 | 10/21/2019 Firewheel Mon | |
| 111 | 10/23/2019 Firewheel Wed | |
| 112 | 10/30/2019 Firewheel Wed | |
| 113 | 11/1/2019 Firewheel Fri | |
| 114 | 11/6/2019 Firewheel Wed | |
| 115 | 11/8/2019 Firewheel Fri | |
| 116 | 11/11/2019 Firewheel Mon | |
| 117 | 11/12/2019 Firewheel Tue | |
| 118 | 11/13/2019 Firewheel Wed | |
| 119 | 11/18/2019 Firewheel Mon | |
| 120 | 11/20/2019 Firewheel Wed | |
| 121 | 11/22/2019 Firewheel Fri | |
| 122 | 11/27/2019 Firewheel Wed | |
| 123 | 12/2/2019 Firewheel Mon | |
| 124 | 12/4/2019 Firewheel Wed | |
| 125 | 12/9/2019 Firewheel Mon | |
| 126 | 12/13/2019 Firewheel Fri | |
| 127 | 12/16/2019 Firewheel Mon | |
| 128 | 12/18/2019 Firewheel Wed | |
| 129 | 12/23/2019 Firewheel Mon | |

12-C

| | A | B |
|---|---|---|
| 130 | 12/27/2019 Firewheel Fri | |

CONLEY ROSE
INTELLECTUAL PROPERTY LAW

THOMAS L. WARDEN

777 North Eldridge Parkway, Suite 600
Houston, Texas 77079
713.238.8000
713.237.8331 (direct)
twarden@conleyrose.com

January 12, 2024

John Edwards
1617 Marti Dr
Royse City, TX 75189

via email: john@edwardsmj2.com

Re: Ownership of Copyright in Software

Ms. Edwards:

This is a brief memorandum regarding the ownership of copyright in software. As I understand the situation, you and two of your associates previously worked as independent consultants for a firm in the insurance industry. The three of you co-authored certain software and revised / updated the software over the course of several years. The software was used by the firm throughout this period, but there never was any written agreement concerning ownership of the software or copyright in the software. The owner of the firm may now be selling his firm to a successor who will likely continue using the software. You have asked what rights in the software you and your associates have retained, what rights that the owner of the firm may possess, and what rights that the successor may acquire.

CONFIDENTIAL PER PROTECTIVE ORDER

The short answer is that you and your two associates are likely co-authors of the software and are co-owners of the copyright in all of the materials that your authored. The firm likely obtained an implied license to use the software for its ordinary purpose and to continue that use even after you leave, and to transfer that implied license to a successor of its business. Absent any agreement concerning ownership or licensing of the software, the owner of the firm and its successor can continue using the software without compensating you further, but that you would retain all other ownership rights in the software, including the right to use or otherwise exploit the software yourself.

Ownership of copyright is initially vested in the author or co-authors of the work. 17 U.S.C. § 201 ("Copyright in a work protected under this title vests initially in the author or authors of the work. The authors of a joint work are co-owners of copyright in the work."). You and your associates appear to be the co-authors and thus, co-owners in the software.



EXHIBIT 14
WIT: John Edwards
DATE: 2/26/25
Natasha Duckworth, CSR

Borders_000090

A "work made for hire" and contributions to "collective works" are exceptions to the rule that authors are the original owner. However, your software should not be considered as a "work made for hire" or as contributions to a "collective work."

The initial owner of a "work made for hire" is the employer or other person for whom the work was prepared. A "work made for hire" must be (1) a work prepared by an employee within the scope of his or her employment; [or] (2) a work specially ordered or commissioned for use as a contribution to a collective work, as a part of a motion picture or other audiovisual work, as a translation, as a supplementary work, as a compilation, as an instructional text, as a test, as answer material for a test, or as an atlas, if the parties expressly agree in a written instrument signed by them that the work shall be considered a work made for hire." 17 U.S.C. § 101. In your case, you were not employees of the firm, your software was not one of the types of work covered by this definition, and in any event, there was no written agreement specifically mentioning a "work made for hire."

A "collective work" is a "work, such as a periodical issue, anthology, or encyclopedia, in which a number of contributions, constituting separate and independent works in themselves, are assembled into a collective whole." Your software also does not appear to satisfy the definition of a "collective work."

CONFIDENTIAL PER PROTECTIVE ORDER

The only other way to transfer ownership of a work protected by U.S. copyright is by a written agreement, i.e., a copyright assignment. 17 U.S.C. § 204(a). Accordingly, absent such a written agreement, you and your associates should be considered the co-owners.

While you and your associates should be considered co-owners of the software, the firm that engaged you likely has a non-exclusive "implied license" to continue using the software in the same manner that it was previously used, including right to update the software if updating was performed for and paid for by the firm while you worked for it. *See* *Asset Marketing Systems, Inc. v. Kevin Gagnon*, 542 F.3d 748 (9th Cir. 2008).

If the firm that you worked for was provided physical copies of the software source code and other source materials useful only for distributing or licensing the software, and the firm actually engaged in licensing third parties while you worked there, then the implied license to the firm may also include the right to sublicense third parties. Otherwise, the implied license should be limited to using and maintaining the software only on behalf of the firm, or its successors. The successor will obtain only the same rights as were held by the firm, likely only the right to use and maintain the software. Under these circumstance, where the successor

continues using the software in the same manner as the predecessor firm, the successor would not likely owe you or your co-authors any further compensation.

Finally, you and your co-authors / co-owners will retain the right to use and otherwise exploit your own software because any implied licenses to your former firm would be "non-exclusive," meaning that the firm as the license holder does not have the "exclusive" or sole right to practice the license. This is because copyright law also requires that exclusive licenses be in writing. 17 U.S.C. § 204.

Please let me know if any of my assumptions about your relationship with your past firm are incorrect or you have any other questions.

Best regards,

CONFIDENTIAL PER PROTECTIVE ORDER

12-E

**From:** Thomas Warden [twarden@conleyrose.com]
**Sent:** 2/9/2024 1:24:11 PM
**To:** John Edwards [john@edwardsmj2.com]
**CC:** Ivan Betancourt [ivanb.clmins@gmail.com]; BrianB [brianb@thedartboard.net]
**Subject:** RE: Employment Contract Questions

Answers below

**From:** John Edwards <john@edwardsmj2.com>
**Sent:** Friday, February 9, 2024 11:04 AM
**To:** Thomas Warden <twarden@conleyrose.com>
**Cc:** Ivan Betancourt <ivanb.clmins@gmail.com>; BrianB <BrianB@thedartboard.net>
**Subject:** Employment Contract Questions

Mr. Warden,

Thank you for your advice on the agreements. Do you mind if I ask a few questions regarding the contract?

1. If we decided to not to sign, this would probably result in legal action from at least 1 party. If that happens, how defensible is our side and would the cost of defending our position be unaffordable.
If that happens, there is no assurance of legal action. The facts that your old employer has a permanent license to use the software seems pretty clear. So, they may simply transfer the license with the business and consider that sufficient. Your position seems pretty clear and straightforward. If Seaharbor were sensible, they would simply not hire you. Of course, Seaharbor may think that, because you are looking for employment, you could not afford to defend a lawsuit. Just in case, you definitely want to collect and maintain a good record that you and your partners are co-authors of the software.

2. On the other hand, if we did get a copyright of the software with a different name than stated, could we keep that copy from being absorbed by the Company and would that be defensible?
You already own the copyright. Registering it just gives you certain additional rights. Importantly, registering the copyright would give you a "presumption" of ownership. However, it would not prevent your old or new employer from disputing ownership or filing a legal action. Registering the copyright would also not prevent transfer of the license.

3. How does that contract deal with personal work on the side and who has ownership?
**I thought that the contract was a little aggressive and overreaching. It would practically prohibit you from doing work on the side while employed by Seaharbor.**

4. Lastly, what is considered to be "competing"? If I work on something but it is never put into production, is that considered competing?
**Competing should be consider to mean (a) working on the same type of projects that you do for your employer or (b) working on any type of projects that help someone else compete with your employer's business. It would not necessarily require placing anything in production.**

Again, thank you for your time. Please let me know if you need anything. Hope this helps!

Regards,

EXHIBIT 19
WIT: John Edwards
DATE: 2/26/25
Natasha Duckworth, CSR

EDWARDS_0000237

**From:** Thomas Warden <twarden@conleyrose.com>
**To:** John Edwards <john@edwardsmj2.com>
**Cc:** Ivan Betancourt <ivanb.clmins@gmail.com>, BrianB <BrianB@thedartboard.net>
**Subject:** Re: Employment Contract Question
**Date:** Thu, 08 Feb 2024 18:18:11 +0000
**Importance:** Normal

---

Hi John,

Sure, I will take a look. I will call if it looks messy or I have questions.

Thanks,

Tom Warden
713-303-1731

> On Feb 8, 2024, at 12:15 PM, John Edwards <john@edwardsmj2.com> wrote:
>
>
> Mr. Warden,
>
> I have attached a copy of the employment information that we have been provided. I have concerns/questions about how that affects the current software and/or our ownerships/rights. Would you please review the attached document and let me know what you think as to how it affects our previous discussion?
>
> If additional information or funding is required, please let me know.
>
> Regards,
>
> John Edwards
> <John Edwards Offer Letter.pdf>
> <Project Gamma - Employee Proprietary Information and Inventions Agreement.pdf>

CONFIDENTIAL PER PROTECTIVE ORDER

EXHIBIT 16
WIT: John Edwards
DATE: 2/26/25
Natasha Duckworth, CSR

12-F

**From:** John Edwards <john@edwardsmj2.com>
**To:** Thomas Warden <twarden@conleyrose.com>
**Cc:** Ivan Betancourt <ivanb.clmins@gmail.com>, BrianB <BrianB@thedartboard.net>
**Subject:** Employment Contract Question
**Date:** Thu, 08 Feb 2024 18:15:18 +0000
**Importance:** Normal
**Attachments:** John_Edwards_Offer_Letter.pdf; Project_Gamma_-_Employee_Proprietary_Information_and_Inventions_Agreement.pdf

---

Mr. Warden,

I have attached a copy of the employment information that we have been provided. I have concerns/questions about how that affects the current software and/or our ownerships/rights. Would you please review the attached document and let me know what you think as to how it affects our previous discussion?

If additional information or funding is required, please let me know.

Regards,

John Edwards

CONFIDENTIAL PER PROTECTIVE ORDER

**EMPLOYEE PROPRIETARY INFORMATION AND INVENTIONS AGREEMENT**

In consideration of my employment or continued employment by **Seaharbor Insurance Agency LLC** (together with its affiliates, the **"Company"**), and the compensation now and hereafter paid to me, I hereby agree as follows:

**1. NONDISCLOSURE.**

**1.1 Recognition of Company's Rights; Nondisclosure.** At all times during my employment and thereafter, I will hold in strictest confidence and will not disclose, use, lecture upon or publish any of the Company's Proprietary Information (defined below), except as such disclosure, use or publication may be required in connection with my work for the Company, or unless an officer of the Company expressly authorizes such in writing. I will obtain Company's written approval before publishing or submitting for publication any material (written, verbal, or otherwise) that relates to my work at Company and/or incorporates any Proprietary Information. I hereby assign to the Company any rights I may have or acquire in such Proprietary Information and recognize that all Proprietary Information shall be the sole property of the Company and its assigns.

**1.2 Proprietary Information.** The term **"Proprietary Information"** shall mean any and all confidential and/or proprietary knowledge, data or information of the Company. By way of illustration but not limitation, the term **"Proprietary Information"** includes (a) data, results, ideas, processes, techniques, formulae, know-how, improvements, discoveries, developments and designs, (b) tangible and intangible information relating to insurance products, underwriting, claims and claims handling, software, software development, plans, processes or developments, and (c) plans for research, development and new products, marketing and selling information, business plans, budgets and unpublished financial statements, licenses, prices and costs, suppliers and customers, and information regarding the skills and compensation of other employees of the Company.

CONFIDENTIAL PER PROTECTIVE ORDER

**1.3 Third Party Information.** I understand, in addition, that the Company has received and in the future will receive from third parties confidential or proprietary information (**"Third Party Information"**) subject to a duty on the Company's part to maintain the confidentiality of such information and to use it only for certain limited purposes. During the term of my employment and thereafter, I will hold Third Party Information in the strictest confidence and will not disclose to anyone (other than Company personnel who need to know such information in connection with their work for the Company) or use, except in connection with my work for the Company, Third Party Information unless expressly authorized by an officer of the Company in writing.

**1.4 No Improper Use of Information of Prior Employers and Others.** During my employment by the Company I will not improperly use or disclose any confidential information or trade secrets, if any, of any former employer or any other person to whom I have an obligation of confidentiality, and I will not bring onto the premises of the Company any unpublished documents or any property belonging to any former employer or any other person to whom I have an obligation of confidentiality unless consented to in writing by that former employer or person. I will use in the performance of my duties only information which is generally known and used by persons with training and experience comparable to my own, which is common knowledge in the industry or otherwise legally in the public domain, or which is otherwise provided or developed by the Company.

**2. ASSIGNMENT OF INVENTIONS.**

**2.1. Proprietary Rights.** The term **"Proprietary Rights"** shall mean all trade secret, patent, copyright, mask work and other intellectual property rights throughout the world.

**2.2 Prior Inventions.** Inventions, if any, patented or unpatented, which I made prior to the commencement of my employment with the Company are excluded from the scope of this Agreement. To preclude any possible uncertainty, I have set forth on *Exhibit A* (Previous Inventions) attached hereto a complete list of all Inventions that I have, alone or jointly with others, conceived, developed or reduced to practice or caused to be conceived, developed or reduced to practice prior to the commencement of my employment with the Company, that I consider to be my property or the property of third parties and that I wish to have excluded from the scope of this Agreement (collectively referred to as "**Prior Inventions**"). If disclosure of any such Prior Invention would cause me to violate any prior confidentiality agreement, I understand that I am not to list such Prior Inventions in *Exhibit A* but am only to disclose a cursory name for each such invention, a listing of the party(ies) to whom it belongs and the fact that full disclosure as to such inventions has not been made for that reason. A space is provided on *Exhibit A* for such purpose. If no such disclosure is attached, I represent that there are no Prior Inventions. If, in the course of my employment with the Company, I incorporate a Prior Invention into a Company product, process or machine, the Company is hereby granted and shall have a nonexclusive, royalty-free, irrevocable, perpetual, worldwide license (with rights to sublicense through multiple tiers of sublicensees) to make, have made, modify, use and sell such Prior Invention. Notwithstanding the foregoing, I agree that I will not incorporate, or permit to be incorporated, Prior Inventions in any Company Inventions without the Company's prior written consent.

**2.3 Assignment of Inventions.** Subject to Sections 2.4, and 2.6, I hereby assign and agree to assign in the future (when any such Inventions or Proprietary Rights are first reduced to practice or first fixed in a tangible medium, as applicable) to the Company all my right, title and interest in and to any and all Inventions (and all Proprietary Rights with respect thereto) whether or not patentable or registrable under copyright or similar statutes, made or conceived or reduced to practice or learned by me, either alone or jointly with others, during the period of my employment with the Company. Inventions assigned to the Company, or to a third party as directed by the Company pursuant to this Section 2, are hereinafter referred to as "**Company Inventions.**"

CONFIDENTIAL PER PROTECTIVE ORDER

**2.4 Nonassignable Inventions.** I recognize that, in the event of a specifically applicable state law, regulation, rule, or public policy ("**Specific Inventions Law**"), this Agreement will not be deemed to require assignment of any invention which qualifies fully for protection under a Specific Inventions Law by virtue of the fact that any such invention was, for example, developed entirely on my own time without using the Company's equipment, supplies, facilities, or trade secrets and neither related to the Company's actual or anticipated business, research or development, nor resulted from work performed by me for the Company. In the absence of a Specific Inventions Law, the preceding sentence will not apply.

**2.5 Obligation to Keep Company Informed.** During the period of my employment and for six (6) months after termination of my employment with the Company, I will promptly disclose to the Company fully and in writing all Inventions authored, conceived or reduced to practice by me, either alone or jointly with others. In addition, I will promptly disclose to the Company all patent applications filed by me or on my behalf within a year after termination of employment. At the time of each such disclosure, I will advise the Company in writing of any Inventions that I believe fully qualify for protection under the provisions of a Specific Inventions Law; and I will at that time provide to the Company in writing all evidence necessary to substantiate that belief. The Company will keep in confidence and will not use for any purpose or disclose to third parties without my consent any confidential information disclosed in writing to the Company pursuant to this Agreement relating to Inventions that qualify fully for protection under a Specific Inventions Law. I will preserve the confidentiality of any Invention that does not fully qualify for protection under a Specific Inventions Law.

**2.6 Government or Third Party.** I also agree to assign all my right, title and interest in and to any particular Company Invention to a third party, including without limitation the United States, as directed by the Company.

**2.7 Works for Hire.** I acknowledge that all original works of authorship which are made by me (solely or jointly with others) within the scope of my employment and which are protectable by copyright are "works made for hire," pursuant to United States Copyright Act (17 U.S.C., Section 101).

**2.8 Enforcement of Proprietary Rights.** I will assist the Company in every proper way to obtain, and from time to time enforce, United States and foreign Proprietary Rights relating to Company Inventions in any and all countries. To that end I will execute, verify and deliver such documents and perform such other acts (including appearances as a witness) as the Company may reasonably request for use in applying for, obtaining, perfecting, evidencing, sustaining and enforcing such Proprietary Rights and the assignment thereof. In addition, I will execute, verify and deliver assignments of such Proprietary Rights to the Company or its designee. My obligation to assist the Company with respect to Proprietary Rights relating to such Company Inventions in any and all countries shall continue beyond the termination of my employment, but the Company shall compensate me at a reasonable rate after my termination for the time actually spent by me at the Company's request on such assistance.

In the event the Company is unable for any reason, after reasonable effort, to secure my signature on any document needed in connection with the actions specified in the preceding paragraph, I hereby irrevocably designate and appoint the Company and its duly authorized officers and agents as my agent and attorney in fact, which appointment is coupled with an interest, to act for and in my behalf to execute, verify and file any such documents and to do all other lawfully permitted acts to further the purposes of the preceding paragraph with the same legal force and effect as if executed by me. I hereby waive and quitclaim to the Company any and all claims, of any nature whatsoever, which I now or may hereafter have for infringement of any Proprietary Rights assigned hereunder to the Company.

**3. RECORDS.** I agree to keep and maintain adequate and current records (in the form of notes, sketches, drawings, and in any other form, that may be required by the Company) of all Proprietary Information developed by me and all Inventions made by me during the period of my employment at the Company, which records shall be available to and remain the sole property of the Company at all times.

**4. ADDITIONAL ACTIVITIES.** I agree that during the period of my employment by the Company I will not, without the Company's express written consent, engage in any employment or business activity which is competitive with, or would otherwise conflict with, my employment by the Company. I agree further that for the period of my employment by the Company and for one (1) year after the date of termination of my employment by the Company I will not, either directly or through others, solicit or attempt to solicit any employee, independent contractor or consultant of the Company to terminate his or her relationship with the Company in order to become an employee, consultant or independent contractor to or for any other person or entity.

**5. NO CONFLICTING OBLIGATION.** I represent that my performance of all the terms of this Agreement and as an employee of the Company does not and will not breach any agreement to keep in confidence information acquired by me in confidence or in trust prior to my employment by the Company. I have not entered into, and I agree I will not enter into, any agreement either written or oral in conflict herewith.

**6. RETURN OF COMPANY DOCUMENTS.** When I leave the employ of the Company, I will deliver to the Company any and all drawings, notes, memoranda, specifications, devices, formulas, and documents, together with all copies thereof, and any other material containing or disclosing any Company Inventions, Third Party Information or Proprietary Information of the Company. I further agree that any property situated on the Company's premises and owned by the Company, including disks and other storage media, filing cabinets or other work areas, is subject to inspection by Company personnel at any time with or without notice. Prior to leaving, I will cooperate with the Company in completing and signing the Company's termination statement.

**7. LEGAL AND EQUITABLE REMEDIES.** Because my services are personal and unique and because I may have access to and become acquainted with the Proprietary Information of the Company, the Company shall have the right to enforce this Agreement and any of its provisions by injunction, specific performance or other equitable relief, without bond and without prejudice to any other rights and remedies that the Company may have for a breach of this Agreement.

**8. NOTICES.** Any notices required or permitted hereunder shall be given to the appropriate party at the address specified below or at such other address as the party shall specify in writing. Such notice shall be deemed given upon personal delivery to the appropriate address or if sent by certified or registered mail, three (3) days after the date of mailing.

**9. NOTIFICATION OF NEW EMPLOYER.** In the event that I leave the employ of the Company, I hereby consent to the notification of my new employer of my rights and obligations under this Agreement.

**10. GENERAL PROVISIONS.**

**10.1 Governing Law; Consent to Personal Jurisdiction.** This Agreement will be governed by and construed according to the laws of the State of Texas, as such laws are applied to agreements entered into and to be performed entirely within Texas between Texas residents. I hereby expressly consent to the personal jurisdiction of the state and federal courts located in Dallas County, Texas for any lawsuit filed there against me by Company arising from or related to this Agreement.

**10.2 Severability.** In case any one or more of the provisions contained in this Agreement shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect the other provisions of this Agreement, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein. If moreover, any one or more of the provisions contained in this Agreement shall for any reason be held to be excessively broad as to duration, geographical scope, activity or subject, it shall be construed by limiting and reducing it, so as to be enforceable to the extent compatible with the applicable law as it shall then appear.

CONFIDENTIAL PER PROTECTIVE ORDER

**10.3 Successors and Assigns.** This Agreement will be binding upon my heirs, executors, administrators and other legal representatives and will be for the benefit of the Company, its successors, and its assigns.

**10.4 Survival.** The provisions of this Agreement shall survive the termination of my employment and the assignment of this Agreement by the Company to any successor in interest or other assignee.

**10.5 Employment.** I agree and understand that nothing in this Agreement shall confer any right with respect to continuation of employment by the Company, nor shall it interfere in any way with my right or the Company's right to terminate my employment at any time, with or without cause.

**10.6 Waiver.** No waiver by the Company of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by the Company of any right under this Agreement shall be construed as a waiver of any other right. The Company shall not be required to give notice to enforce strict adherence to all terms of this Agreement.

**10.7 Entire Agreement.** The obligations pursuant to Sections 1 and 2 of this Agreement shall apply to any time during which I was previously employed, or am in the future employed, by the Company as a consultant if no other agreement governs nondisclosure and assignment of inventions during such period. This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between us. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless

in writing and signed by the party to be charged. Any subsequent change or changes in my duties, salary or compensation will not affect the validity or scope of this Agreement.

**I ACKNOWLEDGE THAT, IN EXECUTING THIS AGREEMENT, I HAVE HAD THE OPPORTUNITY TO SEEK THE ADVICE OF INDEPENDENT LEGAL COUNSEL, AND I HAVE READ AND UNDERSTOOD ALL OF THE TERMS AND PROVISIONS OF THIS AGREEMENT. THIS AGREEMENT SHALL NOT BE CONSTRUED AGAINST ANY PARTY BY REASON OF THE DRAFTING OR PREPARATION HEREOF.**

This Agreement shall be effective as of the first day of my employment with the Company, namely: ______________________, 2024

**I HAVE READ THIS AGREEMENT CAREFULLY AND UNDERSTAND ITS TERMS.**
**I HAVE COMPLETELY FILLED OUT EXHIBIT A TO THIS AGREEMENT.**

Dated: ____________________

______________________________________________________________

**(Signature)**

______________________________________________________________

**(Printed Name)**

CONFIDENTIAL PER PROTECTIVE ORDER

**ACCEPTED AND AGREED TO:**

SEAHARBOR INSURANCE AGENCY LLC

____________________________

By: Michael J. McClure

Its: President and CEO

**EXHIBIT A**
**PREVIOUS INVENTIONS**

None.

CONFIDENTIAL PER PROTECTIVE ORDER

12-F

SEAHARBOR INSURANCE

Michael J. McClure
President and CEO

February 8, 2024

Mr. Brian Borders
2610 Suncrest Dr
Garland, TX 75044

RE: Offer Letter Agreement – Terms of Employment

Dear Brian:

I am pleased to confirm that SeaHarbor Insurance Agency LLC (the "Company") has offered you a position on the terms described below:

**Start Date:** Once the acquisition closes (or another date that is mutually agreeable).

**Title and Reporting:** During the term of your employment with the Company, you will serve as Senior Software Developer and will report to Michael McClure.

**Duties and Responsibilities:** Your primary assignment will be to perform work for Maith Solutions LLC, an affiliate of the Company (although from time to time you will be required to perform duties directly for the Company). You will have the duties and responsibilities that are normally associated with the position described above and such additional responsibilities as may be prescribed by the Company or its affiliate(s) from time to time. During your period of employment, you will devote your best efforts and energy to your obligations herein and to the affairs of the Company and its affiliate(s). You covenant and agree that you will devote the time necessary to fulfill your duties and responsibilities to the Company and its affiliate(s).

CONFIDENTIAL PER PROTECTIVE ORDER

**Base Salary:** During the period of your employment with the Company, the Company will pay you a base salary at the annual rate of $130,000.00 in accordance with the usual payroll practices of the Company and subject to withholdings and deductions, but at no time less frequently than equal payments twice per month.

**Benefits:** You will be eligible to participate in any Company benefit plans, in accordance with the terms thereof (and subject to any applicable waiting periods or other eligibility requirements), as amended from time to time.

**At-Will Employment:** Your employment with the Company will be "at-will." You may resign at any time, and the Company may terminate your employment at any time for any reason or no reason.

SEAHARBOR INSURANCE

Michael J. McClure
President and CEO

**Employee's Representations.** You hereby represent and warrant to the Company that (a) your execution, delivery and performance of this Offer Letter Agreement does not and shall not conflict with, breach, violate or cause a default under any contract, agreement, instrument, order, judgment or decree to which you are a party or by which you are bound, (b) you are not a party to or bound by any employment agreement, noncompete agreement, confidentiality agreement, services agreement or similar agreement with any other person or entity that conflicts with this Offer Letter Agreement, and (c) upon the execution and delivery of this Offer Letter Agreement, such shall be your valid and binding obligation, enforceable in accordance with their terms.

**Acknowledgments Relating to Confidential Information and Trade Secrets of Former Employers and Other Third Parties.** You hereby acknowledge and agree that the Company has not requested that you breach any agreement you have with a former employer or third party, and that the Company has specifically instructed you that, as a condition of your employment and throughout your term of employment, you shall not in any manner utilize or otherwise use or disclose any trade secret or confidential information of a former employee or third party in connection with any work you perform for the Company.

CONFIDENTIAL PER PROTECTIVE ORDER

**Proprietary Information and Inventions:** You acknowledge that this offer of employment is being extended to you in connection with Maith Solution LLC's acquisition of certain intellectual property assets, including without limitation, certain software commonly known as "Insuror Atlas" (the "Software"). As a condition of employment by the Company and by your signature on this offer letter, you represent and warrant that you do not have and do not claim any rights to the Software or its associated intellectual property, nor do you consider the same to be your property. As a condition of employment, you are requested to execute and return the enclosed Employee Proprietary Information and Inventions Agreement ("PIIA").

**Governing Law; Venue:** This Letter Agreement shall be governed by the laws of the State of Texas, without regard to its principles of conflict of laws. You agree to submit to the exclusive jurisdiction of, and agree to the venue of, the state or federal courts of the State of Texas located in Dallas, Texas. You agree not to bring an action in any court of law located outside of Dallas, Texas.

**Entire Agreement:** This Offer Letter Agreement and the PIIA constitutes the entire agreement between you and the Company with respect to the subject matter hereof and supersedes any and all prior agreements or understandings between you and the Company with

P.O. Box 796249
Dallas, TX 75379
214.571.6353

SEAHARBOR INSURANCE

Michael J. McClure
President and CEO

respect to the subject matter hereof, whether written or oral. This Offer Letter Agreement may be amended or modified only by a written instrument executed by you and the Company.

If this Offer Letter Agreement accurately reflects your understanding as to the terms and conditions of your employment with the Company, please sign and date one copy of this Letter Agreement in the space provided below and return the same to me for the Company's records.

Sincerely,

MJ McC

Michael J. McClure

The above terms and conditions accurately reflect my understanding regarding the terms and conditions of my employment with the Company, and I hereby confirm my agreement to the same.

CONFIDENTIAL PER PROTECTIVE ORDER

Dated: ______________________ ________________________________

P.O. Box 796249
Dallas, TX 75379
214.571.6353

SEAHARBOR INSURANCE

Michael J. McClure
President and CEO

February 8, 2024

Mr. John Edwards
1617 Marti Drive
Royse City, TX 75189

RE: Offer Letter Agreement – Terms of Employment

Dear John:

I am pleased to confirm that SeaHarbor Insurance Agency LLC (the "Company") has offered you a position on the terms described below:

**Start Date:** Once the acquisition closes (or another date that is mutually agreeable).

**Title and Reporting:** During the term of your employment with the Company, you will serve as Senior Software Developer and will report to Michael McClure.

**Duties and Responsibilities:** Your primary assignment will be to perform work for Maith Solutions LLC, an affiliate of the Company (although from time to time you will be required to perform duties directly for the Company). You will have the duties and responsibilities that are normally associated with the position described above and such additional responsibilities as may be prescribed by the Company or its affiliate(s) from time to time. During your period of employment, you will devote your best efforts and energy to your obligations herein and to the affairs of the Company and its affiliate(s). You covenant and agree that you will devote the time necessary to fulfill your duties and responsibilities to the Company and its affiliate(s).

CONFIDENTIAL PER PROTECTIVE ORDER

**Base Salary:** During the period of your employment with the Company, the Company will pay you a base salary at the annual rate of $130,000.00 in accordance with the usual payroll practices of the Company and subject to withholdings and deductions, but at no time less frequently than equal payments twice per month.

**Benefits:** You will be eligible to participate in any Company benefit plans, in accordance with the terms thereof (and subject to any applicable waiting periods or other eligibility requirements), as amended from time to time.

**At-Will Employment:** Your employment with the Company will be "at-will." You may resign at any time, and the Company may terminate your employment at any time for any reason or no reason.

12-F

SEAHARBOR INSURANCE

Michael J. McClure
President and CEO

**Employee's Representations.** You hereby represent and warrant to the Company that (a) your execution, delivery and performance of this Offer Letter Agreement does not and shall not conflict with, breach, violate or cause a default under any contract, agreement, instrument, order, judgment or decree to which you are a party or by which you are bound, (b) you are not a party to or bound by any employment agreement, noncompete agreement, confidentiality agreement, services agreement or similar agreement with any other person or entity that conflicts with this Offer Letter Agreement, and (c) upon the execution and delivery of this Offer Letter Agreement, such shall be your valid and binding obligation, enforceable in accordance with their terms.

**Acknowledgments Relating to Confidential Information and Trade Secrets of Former Employers and Other Third Parties.** You hereby acknowledge and agree that the Company has not requested that you breach any agreement you have with a former employer or third party, and that the Company has specifically instructed you that, as a condition of your employment and throughout your term of employment, you shall not in any manner utilize or otherwise use or disclose any trade secret or confidential information of a former employee or third party in connection with any work you perform for the Company.

CONFIDENTIAL PER PROTECTIVE ORDER

**Proprietary Information and Inventions:** You acknowledge that this offer of employment is being extended to you in connection with Maith Solution LLC's acquisition of certain intellectual property assets, including without limitation, certain software commonly known as "Insuror Atlas" (the "Software"). As a condition of employment by the Company and by your signature on this offer letter, you represent and warrant that you do not have and do not claim any rights to the Software or its associated intellectual property, nor do you consider the same to be your property. As a condition of employment, you are requested to execute and return the enclosed Employee Proprietary Information and Inventions Agreement ("PIIA").

**Governing Law; Venue:** This Letter Agreement shall be governed by the laws of the State of Texas, without regard to its principles of conflict of laws. You agree to submit to the exclusive jurisdiction of, and agree to the venue of, the state or federal courts of the State of Texas located in Dallas, Texas. You agree not to bring an action in any court of law located outside of Dallas, Texas.

**Entire Agreement:** This Offer Letter Agreement and the PIIA constitutes the entire agreement between you and the Company with respect to the subject matter hereof and supersedes any and all prior agreements or understandings between you and the Company with

P.O. Box 796249
Dallas, TX 75379
214.571.6353

Borders_000021

SEAHARBOR INSURANCE

Michael J. McClure
President and CEO

respect to the subject matter hereof, whether written or oral. This Offer Letter Agreement may be amended or modified only by a written instrument executed by you and the Company.

If this Offer Letter Agreement accurately reflects your understanding as to the terms and conditions of your employment with the Company, please sign and date one copy of this Letter Agreement in the space provided below and return the same to me for the Company's records.

Sincerely,

Michael J. McClure

The above terms and conditions accurately reflect my understanding regarding the terms and conditions of my employment with the Company, and I hereby confirm my agreement to the same.

CONFIDENTIAL PER PROTECTIVE ORDER

Dated: ______________________ ________________________________

P.O. Box 796249
Dallas, TX 75379
214.571.6353

12-F

SEAHARBOR INSURANCE

Michael J. McClure
President and CEO

April 29, 2024

Mr. Ivan Betancourt
3002 Scenic Glen Dr.
Mansfield, TX 76063

RE: Offer Letter Agreement – Terms of Employment

Dear Ivan:

I am pleased to confirm that SeaHarbor Insurance Agency LLC (the "Company") has offered you a position on the terms described below:

**Start Date:** Once the acquisition closes (or another date that is mutually agreeable).

**Title and Reporting:** During the term of your employment with the Company, you will serve as Software Developer and report to John Edwards.

**Duties and Responsibilities:** Your primary assignment will be to perform work for Maith Solutions, LLC, an affiliate of the Company (although from time to time you will be required to perform duties directly for the Company). You will have the duties and responsibilities that are normally associated with the position described above and such additional responsibilities as may be prescribed by the Company or its affiliate(s) from time to time. During your period of employment, you will devote your best efforts and energy to your obligations herein and to the affairs of the Company and its affiliate(s). You covenant and agree that you will devote the time necessary to fulfill your duties and responsibilities to the Company and its affiliate(s).

CONFIDENTIAL PER PROTECTIVE ORDER

**Base Salary:** During the period of your employment with the Company, the Company will pay you a base salary at the annual rate of $120,000.00 in accordance with the usual payroll practices of the Company and subject to withholdings and deductions, but at no time less frequently than equal payments twice per month.

**Retention Bonus:** Provided that you remain employed with the Company through and including December 31, 2024, you will receive a one-time retention bonus of $50,000, to be paid no later than the next regularly-scheduled payroll date following December 31, 2024.

**Benefits:** You will be eligible to participate in any Company benefit plans, in accordance with the terms thereof (and subject to any applicable waiting periods or other eligibility requirements), as amended from time to time.

SEAHARBOR INSURANCE

Michael J. McClure
President and CEO

**At-Will Employment; Severance:** Your employment with the Company will be "at-will." You may resign at any time, and the Company may terminate your employment at any time for any reason or no reason. However, if the Company terminates your employment without Cause (defined below) before the one (1) year anniversary of your Start Date, the Company shall, as severance, continue to pay your Base Salary until the one (1) year anniversary of your Start Date (in accordance with the usual payroll practices of the Company and subject to withholdings and deductions). As a condition precedent to receipt of severance payments herein, you shall be required to execute a general release of all claims against the Company arising during your employment in a form that is acceptable to the Company. For purposes of this paragraph, "Cause" is defined as any one or more of the following: (i) the substantial and continuing failure, after at least thirty (30) days written notice thereof, to render services to the Company in accordance with the terms or requirements of your employment; (ii) disloyalty, gross negligence, willful misconduct, dishonesty, fraud or breach of fiduciary duty to the Company; (iii) the unauthorized disclosure of any trade secret or confidential information of the Company; or (iv) the commission of an act which constitutes unfair competition with the Company or which induces any customer or supplier to breach a contract with the Company.

**Employee's Representations.** You hereby represent and warrant to the Company that (a) your execution, delivery and performance of this Offer Letter Agreement does not and shall not conflict with, breach, violate or cause a default under any contract, agreement, instrument, order, judgment or decree to which you are a party or by which you are bound, (b) you are not a party to or bound by any employment agreement, noncompete agreement, confidentiality agreement, services agreement or similar agreement with any other person or entity that conflicts with this Offer Letter Agreement, and (c) upon the execution and delivery of this Offer Letter Agreement, such shall be your valid and binding obligation, enforceable in accordance with their terms.

CONFIDENTIAL PER PROTECTIVE ORDER

**Acknowledgments Relating to Confidential Information and Trade Secrets of Former Employers and Other Third Parties.** You hereby acknowledge and agree that the Company has not requested that you breach any agreement you have with a former employer or third party, and that the Company has specifically instructed you that, as a condition of your employment and throughout your term of employment, you shall not in any manner utilize or otherwise use or disclose any trade secret or confidential information of a former employee or third party in connection with any work you perform for the Company.

**Proprietary Information and Inventions:** You acknowledge that this offer of employment is being extended to you in connection with Maith Solution LLC's acquisition of certain intellectual property assets. Those intellectual property assets include certain software commonly known as "Insuror Atlas" (the "Insuror Atlas Software").

PO Box 630308
Irving, TX 75063
214.571.6353

SEAHARBOR INSURANCE

Michael J. McClure
President and CEO

As a condition of employment by the Company and by your signature on this offer letter, you represent and warrant that you do not have and do not claim any rights to the Insuror Atlas Software or its associated intellectual property, nor do you consider the same to be your property. As a condition of employment, you are requested to execute and return the enclosed Employee Proprietary Information and Inventions Agreement ("PIIA").

**Governing Law; Venue:** This Letter Agreement shall be governed by the laws of the State of Texas, without regard to its principles of conflict of laws. You agree to submit to the exclusive jurisdiction of, and agree to the venue of, the state or federal courts of the State of Texas located in Dallas, Texas. You agree not to bring an action in any court of law located outside of Dallas, Texas.

**Entire Agreement:** This Offer Letter Agreement and the PIIA constitutes the entire agreement between you and the Company with respect to the subject matter hereof and supersedes any and all prior agreements or understandings between you and the Company with respect to the subject matter hereof, whether written or oral. This Offer Letter Agreement may be amended or modified only by a written instrument executed by you and the Company.

If this Offer Letter Agreement accurately reflects your understanding as to the terms and conditions of your employment with the Company, please sign and date one copy of this Letter Agreement in the space provided below and return the same to me for the Company's records.

CONFIDENTIAL PER PROTECTIVE ORDER

Sincerely,

Michael J. McClure

The above terms and conditions accurately reflect my understanding regarding the terms and conditions of my employment with the Company, and I hereby confirm my agreement to the same.

Dated: ____________________ ______________________________

PO Box 630308
Irving, TX 75063
214.571.6353

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3078** 12-G

08/10/2020

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided - Contract

⑈003078⑈ ⑆111901519⑆ 29000179 51⑈

Seguros Direct, Inc 3078
PAY TO:

MEMO:

Seguros Direct, Inc 3078
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3079** 12-G

08/10/2020

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided - Contract

⑈003079⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3079
PAY TO:

MEMO:

Seguros Direct, Inc 3079
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3080**
12-G

08/10/2020

Pay to the Order of Brian Borders $ 313.93

Three Hundred Thirteen Dollars and 93 Cents Dollars

Memo: MS Exchange Reimbursement

⑈003080⑈ ⑆111901519⑆ 29000179510⑈

Seguros Direct, Inc 3080
PAY TO:

MEMO:


Seguros Direct, Inc 3080
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3181** 12-G

01/25/2021

Pay to the
Order of Brian Borders $ 17.20

Seventeen Dollars and 20 Cents Dollars

Memo: SSL Reimbursement

⑈003181⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3181

MEMO:

PAY TO: Seguros Direct, Inc 3181

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3181** 12-G

01/25/2021

Pay to the Order of Brian Borders $ 17.20

Seventeen Dollars and 20 Cents Dollars

Memo: SSL Reimbursement

⑈003181⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3181

MEMO:

PAY TO: Seguros Direct, Inc 3181

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3133 12-G

11/25/2020

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003133⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3133
PAY TO:

MEMO:

Seguros Direct, Inc 3133
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3135**
12-G

11/25/2020

Pay to the Order of Brian Borders $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

⑈003135⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3135
PAY TO:

MEMO:

Seguros Direct, Inc 3135
PAY TO:

MEMO:

**PALADIN MANAGING GENERAL AG**
**Operating Account**
Caddo Mills, Texas 75135
800-700-5943

THE AMERICAN NATIONAL BANK
OF TEXAS

88-151
1119

3036 12-G

12/10/2020

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003036⑈ ⑆111901519⑆ 4600062063⑈

PALADIN MANAGING GENERAL AG 3036
PAY TO:

MEMO:

PALADIN MANAGING GENERAL AG 3036
PAY TO:

MEMO:

**PALADIN MANAGING GENERAL AG**
**Operating Account**
Caddo Mills, Texas 75135
800-700-5943

THE AMERICAN NATIONAL BANK
OF TEXAS

88-151
1119

3037 12-G

12/10/2020

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003037⑈ ⑆111901519⑆ 4600062063⑈

PALADIN MANAGING GENERAL AG 3037

PAY TO:

MEMO:

PALADIN MANAGING GENERAL AG 3037

PAY TO:

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**PALADIN MANAGING GENERAL AG**
**Operating Account**
Caddo Mills, Texas 75135
800-700-5943

THE AMERICAN NATIONAL BANK
OF TEXAS

88-151
1119

3038 12-G

12/10/2020

Pay to the Order of Brian Borders $ 252.00

Two Hundred Fifty Two Dollars and 00 Cents Dollars

Memo: Reimbursement (Software)

⑈003038⑈ ⑆111901519⑆ 46000620 63⑈

PALADIN MANAGING GENERAL AG 3038
PAY TO:

MEMO:

PALADIN MANAGING GENERAL AG 3038
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3156** 12-G

12/24/2020

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003156⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3156

MEMO:

PAY TO: Seguros Direct, Inc 3156

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3157 12-G

12/24/2020

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003157⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3157

MEMO:

PAY TO: Seguros Direct, Inc 3157

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3158 12-G

12/24/2020

Pay to the Order of Brian Borders $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

⑈003158⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3158

MEMO:

PAY TO: Seguros Direct, Inc 3158

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3190** 12-G

02/25/2021

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003190⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3190

MEMO:

PAY TO: Seguros Direct, Inc 3190

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3191** 12-G

02/25/2021

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003191⑈ ⑆111901519⑆ 29000179510⑈

PAY TO: Seguros Direct, Inc 3191

MEMO:

PAY TO: Seguros Direct, Inc 3191

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3192 12-G

02/25/2021

Pay to the Order of Brian Borders $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

⑈003192⑈ ⑆111901519⑆ 29000179 51⑈

Seguros Direct, Inc 3192
PAY TO:

MEMO:

Seguros Direct, Inc 3192
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3126 12-G

11/10/2020

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003126⑈ ⑆111901519⑆ 29000179514⑈

Seguros Direct, Inc 3126
PAY TO:

MEMO:

Seguros Direct, Inc 3126
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3127 12-G

11/10/2020

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003127⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3127

MEMO:

PAY TO: Seguros Direct, Inc 3127

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3099 12-G

09/25/2020

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003099⑈ ⑆111901519⑆ 290001795 1⑈

Seguros Direct, Inc 3099
PAY TO:

MEMO:

Seguros Direct, Inc 3099
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3100 12-G

09/25/2020

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003100⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3100
PAY TO:

MEMO:

Seguros Direct, Inc 3100
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3101 12-G

09/25/2020

Pay to the Order of Brian Borders $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo:

⑈003101⑈ ⑆111901519⑆ 290001795 1⑈

PAY TO: Seguros Direct, Inc 3101

MEMO:

PAY TO: Seguros Direct, Inc 3101

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3169 12-G

01/10/2021

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003169⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3169

MEMO:

PAY TO: Seguros Direct, Inc 3169

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3170 12-G

01/10/2021

Pay the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003170⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3170
PAY TO:

MEMO:

Seguros Direct, Inc 3170
PAY TO:

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3166 12-G

01/08/2021

Pay the Order of Brian Borders $ 1,000.00

One Thousand Dollars and 00 Cents Dollars

Memo: Bonus

⑈003166⑈ ⑆111901519⑆ 29000179 51⑈

Seguros Direct, Inc 3166
PAY TO:

MEMO:

Seguros Direct, Inc 3166
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3291** 12-G

08/10/2021

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003291⑈ ⑆111901519⑆ 290001795⑈

Seguros Direct, Inc 3291

PAY TO:

MEMO:

Seguros Direct, Inc 3291

PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3292** 12-G

08/10/2021

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003292⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3292
PAY TO:

MEMO:

Seguros Direct, Inc 3292
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3356** 12-G

11/22/2021

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003356⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3356
PAY TO:

MEMO:

Seguros Direct, Inc 3356
PAY TO:

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3357** 12-G

11/22/2021

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003357⑈ ⑆111901519⑆ 290001795 1⑈

Seguros Direct, Inc 3357
PAY TO:

MEMO:

Seguros Direct, Inc 3357
PAY TO:

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3358 12-G

11/22/2021

Pay to the Order of Brian Borders $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

⑈003358⑈ ⑆111901519⑆ 290001795 1⑈

Seguros Direct, Inc 3358
PAY TO:

MEMO:

Seguros Direct, Inc 3358
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3278** 12-G

07/25/2021

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003278⑈ ⑆111901519⑆ 29000179 51⑈

Seguros Direct, Inc 3278
PAY TO:

MEMO:

Seguros Direct, Inc 3278
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3279 12-G

07/25/2021

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003279⑈ ⑆111901519⑆ 29000179 51⑈

PAY TO: Seguros Direct, Inc 3279

MEMO:

PAY TO: Seguros Direct, Inc 3279

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3280 12-G

07/25/2021

P ɔ the
Order of Brian Borders $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

⑈003280⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3280
PAY TO:

MEMO:

Seguros Direct, Inc 3280
PAY TO:

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3328** 12-G

10/08/2021

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003328⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3328
PAY TO:

MEMO:

Seguros Direct, Inc 3328
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3329** 12-G

10/08/2021

Pay to the Order of Brian Borders $1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003329⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3329

MEMO:

PAY TO: Seguros Direct, Inc 3329

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3311** 12-G

09/10/2021

Pay the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003311⑈ ⑆111901519⑆ 290001795 1⑈

Seguros Direct, Inc 3311
PAY TO:

MEMO:

Seguros Direct, Inc 3311
PAY TO:

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3312** 12-G

09/10/2021

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003312⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3312

PAY TO:

MEMO:

Seguros Direct, Inc 3312

PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3348 12-G

11/10/2021

Pay to the
Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003348⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3348
PAY TO:

MEMO:

Seguros Direct, Inc 3348
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3349** 12-G

11/10/2021

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003349⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3349

MEMO:

PAY TO: Seguros Direct, Inc 3349

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3288 12-G

08/03/2021

Pay to the Order of Brian Borders $ 500.00

Five Hundred Dollars and 00 Cents Dollars

Memo: Bonus

⑈003288⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3288

MEMO:

PAY TO: Seguros Direct, Inc 3288

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3320 12-G

09/24/2021

To the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003320⑈ ⑆111901519⑆ 29000179951⑈

Seguros Direct, Inc 3320
PAY TO:

MEMO:

Seguros Direct, Inc 3320
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3321 12-G

09/24/2021

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003321⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc
PAY TO:
3321

MEMO:

Seguros Direct, Inc
PAY TO:
3321

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3322 12-G

09/24/2021

Pay to the Order of Brian Borders $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

⑈003322⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3322

MEMO:

PAY TO: Seguros Direct, Inc 3322

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3337 12-G

10/25/2021

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003337⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3337

MEMO:

PAY TO: Seguros Direct, Inc 3337

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3338 12-G

10/25/2021

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003338⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3338

MEMO:

PAY TO: Seguros Direct, Inc 3338

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3339** 12-G

10/25/2021

Pay the Order of Brian Borders $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

⑈003339⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3339
PAY TO:

MEMO:

Seguros Direct, Inc 3339
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3340** 12-G

10/25/2021

Pa the
Order of TDB Technologies $ 23.07

Twenty Three Dollas and 07 Cents Dollars

Memo: Server License Reimbursement

⑈003340⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3340

MEMO:

PAY TO: Seguros Direct, Inc 3340

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3341** 12-G

10/25/2021

Pay to the Order of Brian Borders $ 500.00

Five Hundred Dollars and 00 Cents Dollars

Memo: Bonus

⑈003341⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3341
PAY TO:

MEMO:

Seguros Direct, Inc 3341
PAY TO:

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3271** 12-G

07/09/2021

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003271⑈ ⑆111901519⑆ 2900017951⑈

**Seguros Direct, Inc** 3271
**PAY TO:**

**MEMO:**

**Seguros Direct, Inc** 3271
**PAY TO:**

**MEMO:**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3272 12-G

07/09/2021

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003272⑈ ⑆111901519⑆ 2900017951⑈

PAY TO: Seguros Direct, Inc 3272

MEMO:

PAY TO: Seguros Direct, Inc 3272

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3263** 12-G

06/25/2021

Pay to the Order of Brian Borders $ 2,000.00

Two Thousand Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003263⑈ ⑆111901519⑆ 2900017951⑈

**Seguros Direct, Inc** **3263**

**PAY TO:**

**MEMO:**


**Seguros Direct, Inc** **3263**

**PAY TO:**

**MEMO:**

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3264** 12-G

06/25/2021

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003264⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3264
PAY TO:

MEMO:

Seguros Direct, Inc 3264
PAY TO:

MEMO:

12-G

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3265**

06/25/2021

Pay to the Order of Brian Borders $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

⑈003265⑈ ⑆111901519⑆ 29000179510⑈

PAY TO: Seguros Direct, Inc 3265

MEMO:

PAY TO: Seguros Direct, Inc 3265

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

12-G

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3303**

08/25/2021

Pay to the Order of Brian Borders — $ 2,000.00

Two Thousand Dollars and 00 Cents — Dollars

Memo: Services Provided

⑈003303⑈ ⑆111901519⑆ 29000179511⑈

Seguros Direct, Inc — 3303

PAY TO:

MEMO:

Seguros Direct, Inc — 3303

PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

12-G
**3304**

08/25/2021

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

⑈003304⑈ ⑆111901519⑆ 29000179 51⑈

Seguros Direct, Inc 3304
PAY TO:

MEMO:

Seguros Direct, Inc 3304
PAY TO:

MEMO:

INFORMATION SUBJECT TO PROTECTIVE ORDER [illegible]

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3305** 12-G

08/25/2021

Pay to the
Order of Brian Borders $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

⑈003305⑈ ⑆111901519⑆ 29000179 51⑈

PAY TO: Seguros Direct, Inc 3305

MEMO:

PAY TO: Seguros Direct, Inc 3305

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3352** 12-G

11/10/2021

Pay to the Order of Brian Borders $ 274.82

Two Hundred Seventy Four Dollars and 82 Cents Dollars

Memo: Reimbursement

⑈003352⑈ ⑆111901519⑆ 2900017951⑈

Seguros Direct, Inc 3352

PAY TO:

MEMO:

Seguros Direct, Inc 3352

PAY TO:

MEMO: