# EXHIBIT E




All companies share a common focus or activity:

**People - Product - Process**

Your company should be utilizing a data system that:

**Interfaces - Bridges - Streamlines...**

all company, agency and vendor data into a
single Data Management System

People
Product
Famila Tu Fides
Process

# *Insuror-Atlas*

***Global Information Technology***

P.O. Box 1187 • Caddo Mills, TX 75135
Phone 903-527-1000 • Fax 903-527-1080 • 1-800-700-5943
www.insuror-atlas.com

Our Shoulders Support A World Of Technology

Copyright 2007, Insuror-Atlas - All Rights Reserved

# *Insuror-Atlas*

## *Data Management Systems*

***Developing turn-key software solutions for 21st century insurance applications.***

- Provide over one million policy quotes
- Process over $70,000,000 in premiums
- Process over a quarter million polices
- Less than .000114 Downtime

## Call for a System Evaluation

- Totally Web Driven
- Accessable 24/7, 365 days from any web enabled device
- Point-of-Sale driver and vehicle evaluation reports
- Point-of-Sale house/land evaluation reports
- MVR-criminal reports
- Bridges AMS-Quick Quote-ITC
- Multi - line quoting and point-of-sale policy issuance
- Real-Time Image and Data Storage
- Less human touch points - easier for agency personnel to use.
- Point of Sale signature pads / totally paperless transactions
- Flexible integration with other operating systems, (A.S. 400, R.S. 6000)
- Optional billing: E.F.T., Direct Bill, Premium Finance
- Upgrades to the system provided at no cost to subscriber.

*** If you are web accessable there is no special equipment or installation required.**

# *Insuror-Atlas*
***Global Information Technology***

## So you will know something about us:

- ✓ We are the folks, who in 1983 were the first to design a data management system utilizing Novell's Share - net with personal computers.

- ✓ We are, one of the first, if not the first, to design and utilize an on-line imaging system, eliminating user fees.

- ✓ We are, one of the first, if not the first, to design and make available to companies/agents an open architecture data management system allowing the agent to interface with companies, bridge rating service companies and streamline this information into a single data management system.

- ✓ We are one of the first to offer a Data Management System that will reduce or eliminate the need for multiple stand-alone systems and/or services

## Bottom Line - - -

**Increases your Company's productivity while lowering your Data Management Cost.**

**To find out how we can take a load off your Company's shoulders- call us at:**

*** 1-800-700-5943**

*** Ext. 1011**

## Agent

- Rating/Quoting
- Point of Sale Policy Insurance
- Record Retrieval Management
- Online Document Imaging
- Agency Production Report
- Daily Balancing

## Vendor

- Integration of most:
- Commercial underwriting and regulatory solutions
- H.D.R. - C.L.U.E. - I.S.O.
- T.I.C.O.
- Trans-Union

PEOPLE · PRODUCT · PROCESS



# *Insuror-Atlas*

***Global Information Technology***
***Data Management Systems***

P.O. Box 1187
Caddo Mills, TX 75135
Phone 1-800-700-5943
Fax 903-527-1080
www.insuror-atlas.com

## Managing General Agent • Company • Re-Insurer

- Written Premiums
- Earned Premiums
- Statement of Losses
- Collected Premiums
- Agent Production Reports
- Regulatory Agency Reports