# EXHIBIT F

**Get Jerry // Insuror Atlas**

# Insuror Atlas Software Demonstration

---

October 10, 2019 / 9:30 a.m. PDT / GoTo Meeting

## Meeting Credentials:

Please join the virtual demonstration from your computer:
https://global.gotomeeting.com/join/610060645

You can also dial in using your phone:
United States: +1 (872) 240-3412

Access Code: 610-060-645

**If assistance is needed in joining the virtual meeting please contact Heather Hunt at +1.214.998.1850*

## PRINCIPLE ATTENDEES

- Tim Hunt, Founder and President (Insuror Atlas)
- John Edwards, CTO (Insuror Atlas)
- Brian Borders, Software Development (Insuror Atlas)
- Ivan Betancourt, Software Development (Insuror Atlas)
- Heather Hunt, Business Development and Marketing (Insuror Atlas)
- Stephanie Kramer, VP of Insurance Products (Get Jerry)

## System Demonstration

- Quoting and Binding
    - An overview of the quoting and binding of policies with emphasis on the Quick App and electronic signature.
- Policy Maintenance
    - A demonstration of the policy overview showing transactions, images, payments, endorsements and Underwriting features.
- System Reports
    - Quick overview of system reports available. Including but not limited to Earned Premium, Daily Processing, Statement of Losses, and FRVP reports.
- System Features
    - Summary of the unique features of the Atlas system including the Weather Restriction Map, Recurring Credit Cards, Customer SMS bill reminders and Integrated Data Orders (DAVES report).
    - Quick overview of claims system.