# EXHIBIT G

Paladin

John Edwards
P.O. Box 1187
Caddo Mills, TX 75135

PH (903) 527-1000
john@paladinmga.com
1-800-700-5943

www.paladin MGA.com

*familiae con fidis*

INSUROR ATLAS
DATA MANAGEMENT SYSTEMS

JOHN EDWARDS

MAIN 903-527-1000
DIRECT EXT. 1010
JOHN@INSURORATLAS.COM
WWW.INSURORATLAS.COM