# EXHIBIT H



# Key personnel at Insuror Atlas



**Timothy Hunt**

Business Development



(https://web.archive.org/web/20200813080848/https://www.insuroratlas.com/about/john-edwards/)

**John Edwards (https://web.archive.org/web/20200813080848/https://www.insuroratlas.com/about/john-edwards/)**

Account Management



(https://web.archive.org/web/20200813080848/https://www.insuroratlas.com/about/brian-borders/)

**Brian Borders (https://web.archive.org/web/20200813080848/https://www.insuroratlas.com/about/brian-borders/)**

Software Development

ivan betancourt

In 1983, we were among the first to design a data management system. Since then, we have created the most powerful and intuitive insurance policy management system available.

## Software Overview

Personal Auto (https://web.archive.org/web/20200813080848/https://www.insuroratlas.com/software/personal-auto/)

Commercial Trucking (https://web.archive.org/web/20200813080848/https://www.insuroratlas.com/software/commercial-trucking/)

Residential Property (https://web.archive.org/web/20200813080848/https://www.insuroratlas.com/software/residential-property/)

## Request Demo

To request a software demo, please call our office at 1-800-700-5943 or submit an online request through our website submission form.

## Contact Us


- P.O. Box 1187, Caddo Mills, TX 75135
- 1-800-700-5943
- inquiries@insuroratlas.com


Copyright © 2019 Insuror Atlas. Website by Brand New Marketing (https://web.archive.org/web/20200813080848/https://www.thebrandnewmarketing.com/). Made in USA.