# EXHIBIT I

## Contact

www.linkedin.com/in/brian-borders-51833747 (LinkedIn)

## Top Skills

VB.NET

Microsoft SQL Server

MySQL

# Brian Borders

Developer / Systems Administrator at Insuror Atlas

Garland, Texas, United States

## Summary

Over 20 years of experience in the software industry.  Focused on designing custom workflows for client’s business needs.