# EXHIBIT J



# ivan betancourt

Software Developer

Mansfield, Texas, United States · Contact info

1 connection

Connect Message More

## Activity

1 followers

**ivan hasn't posted yet**

Recent posts ivan shares will be displayed here.

Show all activity →

## Experience

**Software Developer**
InsurorAtlas.com · Full-time

JavaScript, Visual Basic .NET (VB.NET) and +8 skills

**Software Developer/Consultant**
Freelance
Jan 2017 - Present · 7 yrs 10 mos

## Skills

**.NET Framework**
Software Developer at InsurorAtlas.com

**JavaScript**
Software Developer at InsurorAtlas.com

Show all 10 skills →

EXHIBIT
tabbies
1
2.27.25 KB

## Interests

Companies Newsletters

**Microsoft**
23,630,888 followers

+ Follow