# EXHIBIT M

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TXu 2-436-022**
**Effective Date of Registration:**
July 03, 2024
**Registration Decision Date:**
July 03, 2024

## Title

**Title of Work:** Insuror Atlas

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** Timothy Hunt
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Maith Solutions LLC
P.O. Box 630308, Irving, TX, 75063, United States
**Transfer statement:** By written agreement

## Certification

**Name:** John G. Bisbikis
**Date:** July 03, 2024

---

**Correspondence:** Yes