**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC and EDGEPOINT SYSTEMS, LLC, | § | |
| | § | |
| Plaintiffs/Counter-Defendants, | § | |
| | § | |
| v. | § | Civil Action No: 4:24-cv-00620SDJ |
| | § | |
| MAITH SOLUTIONS LLC, | § | |
| | § | |
| Defendant/Counter-Plaintiff/Third-Party Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| BRIAN BORDERS and IVAN BETANCOURT | § | |
| | § | |
| Third-Party Defendants. | § | |

**[PROPOSED] ORDER**

On this day the Court considered Defendant/Counter-Plaintiff/Third-Party Plaintiff Maith Solutions LLC's ("Maith") Motion for Partial Summary Judgment (the "Motion"). Having considered the Motion, the Response, the Reply, and the evidence of record, the Court finds that the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Maith's Motion is GRANTED in its entirety.

IT IS FURTHER ORDERED that the Insurance Atlas Software was created as a "work made for hire" under 17 U.S.C. § 101 and that Maith is the owner of the copyright to the Insurance Atlas Software.

IT IS FURTHER ORDERED that Plaintiff/Counter-Defendants Acacia Insurance Managers, LLC ("Acacia" and Edgepoint Systems, LLC ("Edgepoint"), and third-party

Defendants Brian Borders and Ivan Betancort are liable for copyright infringement and shall be permanently enjoined from further use, sales, licensing, or marketing, of the Insurance Atlas Software, with damages for infringement to be determined at a later date.

IT IS FURTHER ORDERED that Acacia and Edgepoint's claims for declaratory judgment (Count I and II) and Invalidation of Copyright (Count III) are dismissed with prejudice.

IT IS SO ORDERED.