**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC and EDGEPOINT SYSTEMS, LLC, | § | |
| *Plaintiffs/Counter-Defendants*, | § | |
| v. | § | |
| MAITH SOLUTIONS LLC, | § | Civil Action No: 4:24-cv-00620SDJ |
| *Defendant/Counter-Plaintiff/Third-Party Plaintiff*, | § | |
| v. | § | |
| BRIAN BORDERS and IVAN BETANCOURT, | § | |
| *Third-Party Defendants*. | § | |

**ORDER DENYING DEFENDANT MAITH SOLUTIONS LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

On this day, the Court considered Defendant Maith Solutions LLC's Motion for Partial Summary Judgment ("Motion"). After considering the Motion, the response, the reply, and the applicable law, the Court finds that the Motion should be **DENIED**.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Partial Summary Judgment is **DENIED**.

SO ORDERED.