**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC and EDGEPOINT SYSTEMS, LLC, | § | |
| | § | |
| *Plaintiffs/Counter-Defendants*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No: 4:24-cv-00620-SDJ |
| MAITH SOLUTIONS LLC, | § | |
| | § | |
| *Defendant/Counter-Plaintiff/Third-Party Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| BRIAN BORDERS and IVAN BETANCOURT | § | |
| | § | |
| *Third-Party Defendants*. | § | |

**PLAINTIFFS AND THIRD-PARTY DEFENDANTS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT 5

*Declaration of Ivan Betancourt*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC and EDGEPOINT SYSTEMS, LLC, | § | |
| *Plaintiffs/Counter-Defendants,* | § | |
| v. | § | |
| MAITH SOLUTIONS, LLC | § | |
| *Defendant/Counter-Plaintiff/Third-Party Plaintiff,* | § | Civil Action No: 4:24-cv-00620SDJ |
| v. | § | |
| BRIAN BORDERS and IVAN BETANCOURT | § | |
| *Third-Party Defendants.* | § | |

**DECLARATION OF IVAN BETANCOURT**

My name is Ivan Betancourt. I am over twenty-one (21) years of age, have never been convicted of a felony, and am fully competent to testify to, and have personal knowledge of, the matters stated in this Declaration. Every statement of fact contained herein is true and correct.

1. I have worked in the non-standard auto insurance industry since 1999 and have been actively involved with insurance management software since 2006. As a marketing representative for Vision Insurance, I trained insurance agents on the use of insurance management systems and collaborated directly with software developers to identify bugs, suggest new features, and perform quality assurance testing. My formal software training began in 2012 through CodeAcademy.com, where I completed courses in HTML, CSS, JavaScript, jQuery, PHP, and APIs. I have continued my technical education through platforms such as Learn.Microsoft.com and IAmTimCorey.com, on advanced coursework in C#, the .NET Framework, VB.NET, MS SQL, MySQL, and Blazor.

2. I began working for Timothy Hunt ("Hunt") in 2015 at Pearl General Agency d/b/a Paladin General Agency ("PGA"). At that time, the types of consulting services I provided included underwriting and customer service for PGA, set up other

independent contractors to take phone calls and claims, and service any agents that needed it. I was paid a fixed fee twice a month for those consulting services.

3. In about 2016 when Hunt stopped doing business with PGA, I began software programming consulting services for Hunt PGA. I was paid a fixed fee paid twice each month for these software programming consulting services. Hunt would occasionally pay me extra money aside from the fixed fee that I charged him. This could be for various reasons including if I completed a project on a rush basis.

4. I concluded providing consulting services for Hunt's entities in late May of 2024. The last payment I received from a Hunt entity came via ACH from PGA.

5. I received physical checks from Seguros Direct for services I performed for Hunt. I would also receive ACH payments from PGA in the last couple of years. Most of the time, I would receive physical checks from Seguros Direct. Attached to this Declaration as **Exhibit A** are true and correct copies of some of the physical checks I received from Seguros Direct.

6. I received 1099s from PGA from 2017 to 2023. Attached to this Declaration as **Exhibit B** are true and correct copies of the 1099s that I received from PGA. I also received 1099s from PGA in 2015 and 2016, but I do not have copies of those 1099s.

7. Attached to this Declaration as **Exhibit C** is a true and correct copy of an email chain with attachments regarding a letter that I requested John Edwards assist me with preparing to apply for a home mortgage. I asked for this letter because my mortgage broker needed verification of income. Specifically, as shown on the page with bates MAITH_0042441, one of the approved forms of verification requested was: "a letter from a professional organization verifying that you're currently self-employed." John Edwards sent me a draft of this letter confirming I have been working for PGA as a self-employed individual since January 4, 2016, which I reviewed and ultimately approved for him to finalize with a signature. The final letter that I provided to my mortgage broker is located on the page with bates MAITH_0042442.

8. I was not paid benefits by Hunt, Seguros Direct, PGA, or by any other entity owned by Hunt, including but not limited to, medical insurance, retirement program benefits, workers' compensation, or unemployment insurance.

9. Hunt would not pay me less than the fixed, monthly fee that was paid to me twice a month for my consulting services. There were times when I was sick or out on vacation, and the payment amounts from Hunt did not change. There were times I would work more than a forty (40) hour week and the payment amounts from Hunt also did not change under those circumstances.

10. During the time that I provided consulting services for Hunt's entities, I used my own personal laptop or desktop to work on the Insuror Atlas Software. Over the course of those years, I used three total personal laptops. I also used various personal monitors. Hunt had monitors set up in his physical office, but I brought my personal laptop to plug in to the monitors during the times I went into the office.

11. I personally exported Google Location/GPS data from my cell phone into a .CSV file that was formatted into an Excel spreadsheet for years 2017, 2018, 2019, and January 2020. This data is lengthy and, therefore, has not been attached to my Declaration but it has been produced to the opposing counsel in this litigation bates labeled with Betancourt_000143 (hereinafter, "**Betancourt GPS Data**").

12. The foregoing years include the timeframe during which I provided consulting services to Hunt's entities. Column "R" in the **Betancourt GPS Data** describes the office associated with Hunt, based on the location coordinates. Attached as **Exhibit D** is the refined list taken from Columns "A" and "R" in the **Betancourt GPS Data** to show a refined list of when I was physically present in an office associated with Hunt. A review of the data within **Exhibit D** demonstrates that I did not physically work from an office associated with Hunt every day that I provided consulting services for his entities. Instead, as shown in **Exhibit D**, I was only physically present in an office associated with Hunt approximately 252 times over the course of years 2017, 2018, 2019, and 2020. I made the decision of when and how long to meet in the physical office with John Edwards and Brian Borders.

13. I only have location data for years 2017, 2018, 2019, and part of 2020 because the last export I had done of my data was in January 2020. I exported my data in January 2020 in order to verify my mileage that I reported for tax purposes. After January 2020, I had switched phones and lost location data due to Google's auto delete function.

14. During the time I worked on the Insuror Atlas Software, I did not have a need to hire my own assistant because I was responsible for my own work Insuror Atlas Software. I also had the confidence in other members of my team, including Brian Borders and John Edwards, that we were capable of working and collaborating

among ourselves and work longer hours as needed. I retained the right, however, to hire my own assistant had such necessity arisen.

15. Attached to this Declaration as **Exhibit E** is a true and correct copy of an email with a "Non-Disclosure and Intellectual Property Rights Disclaimer and Assignment" ("NDA") attached. There was a meeting on May 1, 2024, between Hunt, Brian Borders, and myself at Hunt's office in Garland. At that meeting, Hunt requested that Brian Borders and I sign the NDA which starts with bates Betancourt_000133 and ends with bates Betancourt_000135. Hunt pressed that we needed to sign the NDA so that he could sell his Insuror Atlas business. When I requested time to review the NDA with a lawyer, Hunt appeared upset and implored me to trust him because the NDA was allegedly just between me and him, was allegedly prepared by his lawyers, and allegedly had nothing to do with Maith Solutions, LLC. However, when I reviewed the metadata of the NDA during that meeting, I noticed the author was listed as "John Killacky" who I personally know to be the general counsel for Maith Solutions, LLC.

My name is Ivan Betancourt and my date of birth is 1/6/1978. My address is 3002 Scenic Glen Dr., Mansfield, TX 76063. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

IVAN BETANCOURT

EXECUTED on the 18th day of April 2025.

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3083**
13-A

08/25/2020

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[signature]

[redacted]

PAY TO: Seguros Direct, Inc 3083

MEMO:

PAY TO: Seguros Direct, Inc 3083

MEMO:

EXHIBIT 10
WIT: Tim Hunt
DATE: 2/28/25
Natasha Duckworth, CSR

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3084**
13-A

08/25/2020

Pay to the Order of Ivan Betancourt $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

[redacted]

Seguros Direct, Inc 3084
PAY TO:

MEMO:

Seguros Direct, Inc 3084
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3125**
13-A

11/10/2020

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

PAY TO: Seguros Direct, Inc 3125

MEMO:

PAY TO: Seguros Direct, Inc 3125

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3097**

13-A

09/25/2020

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

Seguros Direct, Inc 3097

PAY TO:

MEMO:

Seguros Direct, Inc 3097

PAY TO:

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3098**

13-A

09/25/2020

Pay to the Order of Ivan Betancourt $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

[redacted]

Seguros Direct, Inc 3098

PAY TO:

MEMO:

Seguros Direct, Inc 3098

PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3168**
13-A

01/10/2021

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

Seguros Direct, Inc 3168
PAY TO:

MEMO:

Seguros Direct, Inc 3168
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3131**
13-A

11/25/2020

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

PAY TO: Seguros Direct, Inc 3131

MEMO:

PAY TO: Seguros Direct, Inc 3131

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3132**
13-A

11/25/2020

Pay to the Order of Ivan Betancourt $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

[redacted]

Seguros Direct, Inc 3132
PAY TO:

MEMO:

Seguros Direct, Inc 3132
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3134**

13-A

11/25/2020

Pay to the Order of Brian Borders $ 1,225.00

One Thousand Two Hundred Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

Seguros Direct, Inc 3134

PAY TO:

MEMO:

Seguros Direct, Inc 3134

PAY TO:

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

MAITH_0022783

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3165**

13-A

01/08/2021

Pay to the Order of Ivan Betancourt $ 1,000.00

One Thousand Dollars and 00 Cents Dollars

Memo: Bonus

[redacted]

Seguros Direct, Inc 3165

PAY TO:

MEMO:

Seguros Direct, Inc 3165

PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3154**

13-A

12/24/2020

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

Seguros Direct, Inc 3154

PAY TO:

MEMO:

Seguros Direct, Inc 3154

PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3155**
13-A

12/24/2020

Pay to the Order of Ivan Betancourt $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

[redacted]

Seguros Direct, Inc 3155
PAY TO:

MEMO:

Seguros Direct, Inc 3155
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3188**
13-A

02/25/2021

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

Seguros Direct, Inc 3188
PAY TO:

MEMO:

Seguros Direct, Inc 3188
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3189**
13-A

02/25/2021

Pay to the Order of Ivan Betancourt $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

[redacted]

Seguros Direct, Inc 3189
PAY TO:

MEMO:

Seguros Direct, Inc 3189
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3182**
13-A

02/10/2021

Pay to the
Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

PAY TO: Seguros Direct, Inc 3182

MEMO:

PAY TO: Seguros Direct, Inc 3182

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3173**
13-A

01/25/2021

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

Seguros Direct, Inc 3173
PAY TO:

MEMO:

Seguros Direct, Inc 3173
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3174**
13-A

01/25/2021

Pay to the Order of Ivan Betancourt $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

[redacted]

PAY TO: Seguros Direct, Inc 3174

MEMO:

PAY TO: Seguros Direct, Inc 3174

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3108 13-A

10/09/2020

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

PAY TO: Seguros Direct, Inc 3108

MEMO:

PAY TO: Seguros Direct, Inc 3108

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3114 13-A

10/25/2020

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

Seguros Direct, Inc 3114
PAY TO:

MEMO:

Seguros Direct, Inc 3114
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3115 13-A

10/25/2020

Pay to the Order of Ivan Betancourt $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

[redacted]

PAY TO: Seguros Direct, Inc 3115

MEMO:

PAY TO: Seguros Direct, Inc 3115

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3327**
13-A

10/08/2021

Pay to the Order of Ivan Betancourt $2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

Seguros Direct, Inc 3327
PAY TO:

MEMO:

Seguros Direct, Inc 3327
PAY TO:

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3334**
13-A

10/25/2021

Pay the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

Seguros Direct, Inc 3334
PAY TO:

MEMO:

Seguros Direct, Inc 3334
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3335**
13-A

10/25/2021

Pay to the Order of Ivan Betancourt $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

[redacted]

Seguros Direct, Inc 3335
PAY TO:

MEMO:

Seguros Direct, Inc 3335
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3336**
13-A

10/25/2021

Pay to the Order of Ivan Betancourt $ 500.00

Five Hundred Dollars and 00 Cents Dollars

Memo: Bonus

[redacted]

Seguros Direct, Inc 3336
PAY TO:

MEMO:

Seguros Direct, Inc 3336
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3318**
13-A

09/24/2021

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

Seguros Direct, Inc 3318
PAY TO:

MEMO:

Seguros Direct, Inc 3318
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3319**
13-A

09/24/2021

Pa_ _ the
Order of Ivan Betancourt $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

[redacted]

Seguros Direct, Inc 3319
PAY TO:

MEMO:

Seguros Direct, Inc 3319
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3287**
13-A

08/03/2021

Pay to the Order of Ivan Betancourt $ 500.00

Five Hundred Dollars and 00 Cents Dollars

Memo: Bonus

[redacted]

PAY TO: Seguros Direct, Inc 3287

MEMO:

PAY TO: Seguros Direct, Inc 3287

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3347**
13-A

11/10/2021

Pay to the
Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

PAY TO: Seguros Direct, Inc 3347

MEMO:

PAY TO: Seguros Direct, Inc 3347

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3270 13-A

07/09/2021

Pa_ _ the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

PAY TO: Seguros Direct, Inc 3270

MEMO:

PAY TO: Seguros Direct, Inc 3270

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3354 13-A

11/22/2021

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

PAY TO: Seguros Direct, Inc 3354

MEMO:

PAY TO: Seguros Direct, Inc 3354

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3355 13-A

11/22/2021

Pa , the
Order of Ivan Betancourt $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

[redacted]

PAY TO: Seguros Direct, Inc 3355

MEMO:

PAY TO: Seguros Direct, Inc 3355

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3276 13-A

07/25/2021

To the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

PAY TO: Seguros Direct, Inc 3276

MEMO:

PAY TO: Seguros Direct, Inc 3276

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3273-A

07/25/2021

Pay to the
Order of Ivan Betancourt $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

[redacted]

PAY TO: Seguros Direct, Inc 3277

MEMO:

PAY TO: Seguros Direct, Inc 3277

MEMO:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3290 B-A

08/10/2021

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

PAY TO: Seguros Direct, Inc 3290

MEMO:

PAY TO: Seguros Direct, Inc 3290

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3310 3-A

09/10/2021

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

PAY TO: Seguros Direct, Inc 3310

MEMO:

PAY TO: Seguros Direct, Inc 3310

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3261 13-A

06/25/2021

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

PAY TO: Seguros Direct, Inc 3261

MEMO:

PAY TO: Seguros Direct, Inc 3261

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3262** 13-A

06/25/2021

Pay to the Order of Ivan Betancourt $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

[redacted]

Seguros Direct, Inc 3262
PAY TO:

MEMO:

Seguros Direct, Inc 3262
PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

3301 13-A

08/25/2021

Pay to the Order of Ivan Betancourt $ 2,025.00

Two Thousand Twenty Five Dollars and 00 Cents Dollars

Memo: Services Provided

[redacted]

Seguros Direct, Inc 3301

PAY TO:

MEMO:

Seguros Direct, Inc 3301

PAY TO:

MEMO:

**Seguros Direct, Inc**
**Operating Account**
P.O. Box 1187
Caddo Mills, Texas 75135

The American Nation Bank
Of Texas
800-837-6584
WWW.ANBTX.COM

**3302** 13-A

08/25/2021

Pay to the Order of Ivan Betancourt $ 60.00

Sixty Dollars and 00 Cents Dollars

Memo: Phone Reimbursement

[redacted]

Seguros Direct, Inc 3302
PAY TO:

MEMO:

Seguros Direct, Inc 3302
PAY TO:

MEMO:

13-B

☒ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code and telephone no.<br>Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135<br>Contact: John Edwards<br>Tel: [redacted] | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>**2017**<br>Form **1099-MISC**<br>4 Federal income tax withheld<br>$ | **Miscellaneous Income**<br>**Copy B For Recipient** |
| PAYER'S federal identification number [redacted] / RECIPIENT'S identification number [redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br>Ivan Betancourt<br>[redacted] | 7 Nonemployee compensation<br>$ 37,395.00<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐<br>11 | 8 Substitute payments in lieu of dividends or interest<br>$<br>10 Crop insurance proceeds<br>$<br>12 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Account number (see instructions) / FATCA filing requirement ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals $ / 15b Section 409A income $ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** (Keep for your records.) Department of the Treasury - Internal Revenue Service

CONFIDENTIAL PER PROTECTIVE ORDER

## Instructions for Recipient

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 11.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

**Box 12.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc

EXHIBIT 11
WIT: Tim Hunt
DATE: 2/28/25
Natasha Duckworth, CSR

Betancourt_000013

CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code and telephone no.<br>Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | 1 Rents<br>$<br>2 Royalties<br>$ | OMB No. 1545-0115<br>**2018**<br>Form **1099-MISC** | **Miscellaneous Income**<br>13-B<br>**Copy B For Recipient** |
| PAYER'S federal identification number [redacted] / RECIPIENT'S identification number [redacted] | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, address, and ZIP code<br>Ivan Betancourt<br>3251 Matlock<br>Apt 19107<br>Mansfield, TX 76063 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| | 7 Nonemployee compensation<br>$ 38,475.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| Account number (see instructions) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds<br>$ | |
| 11 / 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals $ / 15b Section 409A income $ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** **(Keep for your records.)** Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

CONFIDENTIAL PER PROTECTIVE ORDER

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form I040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** ~~For~~ individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 11.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

**Box 12.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

*Contact Information:*
John Edwards
Tel:(903)527-1000

Pearl General Agency Inc
PO Box 1187
Caddo Mills
Texas, TX 75135

***Important Tax Return Document Enclosed***

Ivan Betancourt
3251 Matlock
Apt 19107
Mansfield, TX 76063

13-B

CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | $ | **2019** | Copy B For Recipient |
| | 2 Royalties $ | Form 1099-MISC | |
| PAYER'S federal identification number: [redacted] | RECIPIENT'S identification number: [redacted] | 3 Other income $ | 4 Federal income tax withheld $ |
| RECIPIENT'S name, address, and ZIP code: Ivan BETANCOURT [redacted] | | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
| | | 7 Nonemployee compensation $ 48,600.00 | 8 Substitute payments in lieu of dividends or interest $ |
| Account number (see instructions) | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds $ |
| 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ / $ | 17 State/Payer's state no. — 18 State income $ / $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form 1099-MISC (Keep for your records.) Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 11.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

**Box 12.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

CONFIDENTIAL - PROTECTIVE ORDER

***Contact Information:***
John Edwards
Tel [redacted]

Pearl General Agency Inc
PO Box 1187
Caddo Mills
Texas, TX 75135
***Important Tax Return Document Enclosed***

Ivan BETANCOURT
[redacted]

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code and telephone no.<br>Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | | OMB No. 1545-0116<br>**2020**<br>Form **1099-NEC** | **Nonemployee Compensation** |
| | 1 Nonemployee compensation<br>$ 48,600.00 | | **Copy B**<br>**For Recipient** |
| PAYER'S TIN [redacted] \| RECIPIENT'S TIN [redacted] | 2 | | |
| RECIPIENT'S name, address, and ZIP code<br>Ivan BETANCOURT<br>[redacted] | 3 | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 4 Federal income tax withheld<br>$ | | |
| FATCA filing requirement ☐ | | | |
| Account number (see instructions) \| 2nd TIN not. ☐ | 5 State tax withheld<br>$<br>$ | 6 State/Payer's state no. | 7 State income<br>$<br>$ |

Form **1099-NEC**

Department of the Treasury - Internal Revenue Service

CONFIDENTIAL PER PROTECTIVE ORDER

### Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation and/or nonqualified deferred compensation (NQDC). If you are in the trade or business of catching fish, box 1 may show cash you received for the sale of fish. If the amount in this box is self-employment (SE) income, report it on Schedule C or F (Form 1040 or 1040-SR), and complete Schedule SE (Form 1040 or 1040-SR). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040 or 1040-SR); or on Form 1040-NR).

The amounts being reported as NQDC are includible in gross income for failure to meet the requirements under section 409A. This amount is also reported on Form 1099-MISC for additional tax calculation. See the Instructions for Forms 1040 and 1040-SR, or the Instructions for Form 1040-NR.

**Box 2.** Reserved.

**Box 3.** Reserved.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5-7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099NEC.*

Contact. John Edwards

Tel: [redacted]

Contact: John Edwards/ Tel: [redacted]

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | | OMB No. 1545-0116<br>**2021**<br>Form **1099-NEC** | **Nonemployee Compensation** |
| PAYER'S TIN<br>[redacted] | RECIPIENT'S TIN<br>[redacted] | 1 Nonemployee compensation<br>$ 51,600.00 | **Copy B**<br>**For Recipient** |
| RECIPIENT'S name, address, and ZIP code<br>IVAN BETANCOURT<br>[redacted] | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 3 | |
| | | 4 Federal income tax withheld<br>$ | |
| Account number (see instructions) | 2nd TIN not. ☐ | 5 State tax withheld<br>$<br>$ | 6 State/Payer's state no | 7 State income<br>$<br>$ |

Form **1099-NEC** (keep for your records) www.irs.gov/Form1099NEC Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries and partnerships must report these amounts on the appropriate line of their tax return.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5-7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099NEC.*

**FreeFile.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

CONFIDENTIAL PER PROTECTIVE ORDER

***Contact Information:***
John Edwards
Tel. [redacted]

Pearl General Agency Inc
PO Box 1187
Caddo Mills
Texas, TX 75135

***Important Tax Return Document Enclosed***

IVAN BETANCOURT
[redacted]

Contact: John Edwards/ Tel: [redacted]

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | | OMB No. 1545-0116<br>Form **1099-NEC**<br>(Rev. January 2022)<br>For calendar year<br>**2022** | **Nonemployee Compensation** |
| PAYER'S TIN [redacted] | RECIPIENT'S TIN [redacted] | 1 Nonemployee compensation<br>$ 60,375.00 | **Copy B For Recipient**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, address, and ZIP code<br>IVAN BETANCOURT<br>[redacted] | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | |
| | | 3 | |
| | | 4 Federal income tax withheld<br>$ | |
| Account number (see instructions) | | 5 State tax withheld<br>$<br>$ | 6 State/Payer's state no / 7 State income<br>$<br>$ |

Form **1099-NEC** (Rev. 1-2022) (keep for your records) www.irs.gov/Form1099NEC Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

CONFIDENTIAL PER PROTECTIVE ORDER

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries and partnerships must report these amounts on the appropriate line of their tax return.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5-7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099NEC*

**FreeFile.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

***Contact Information:***
John Edwards
Tel: [redacted]

Pearl General Agency Inc
PO Box 1187
Caddo Mills
Texas, TX 75135

***Important Tax Return Document Enclosed***

IVAN BETANCOURT
[redacted]

13-B

Contact: John Edwards/ Tel: [redacted]

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>Pearl General Agency Inc<br>PO Box 1187<br>Caddo Mills<br>Texas, TX 75135 | | OMB No. 1545-0116<br>Form **1099-NEC**<br>(Rev. January 2022)<br>For calendar year<br>**2023** | **Nonemployee Compensation** |
| PAYER'S TIN [redacted] | RECIPIENT'S TIN [redacted] | 1 Nonemployee compensation<br>$ 85,500.00 | **Copy B**<br>**For Recipient**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported |
| RECIPIENT'S name, address, and ZIP code<br>Ivan BETANCOURT<br>[redacted] | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | |
| | | 3 | |
| | | 4 Federal income tax withheld<br>$ | |
| Account number (see instructions) | | 5 State tax withheld<br>$<br>$ | 6 State/Payer's state no |
| | | | 7 State income<br>$<br>$ |

Form **1099-NEC** (Rev. 1-2022) (keep for your records) www.irs.gov/Form1099NEC Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries and partnerships must report these amounts on the appropriate line of their tax return.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5-7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099NEC*.

**FreeFile.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

Pearl General Agency Inc
PO Box 1187
Caddo Mills
Texas, TX 75135

***Important Tax Return Document Enclosed***

***Contact Information***
John Edwards
Tel: [redacted]

Ivan BETANCOURT
[redacted]

**From:** John Edwards [/O=AMERICAN RECREATIONAL MARKETS/OU=EXCHANGE/CN=RECIPIENTS/CN=JEDWARDS]
**Sent:** 12/13/2023 6:19:19 PM
**To:** Ivan Betancourt [ivan@insuroratlas.com]
**Subject:** RE: Self-Employment Verification
**Attachments:** Ivan SE Letter.docx

Ivan,

Review this and if this is good, I will sign this and email it back.

John

**From:** Ivan Betancourt <Ivan@insuroratlas.com>
**Sent:** Monday, December 11, 2023 10:50 AM
**To:** John Edwards <John@InsurorAtlas.com>
**Subject:** Self-Employment Verification

John can you provide me a letter as requested by my mortage broker?
I highlighted the parts that apply.

Update 12/11/23: Thank you for your website posting. However, we are unable to accept this document as it is not on the list as an acceptable verification. The business Insuror Atlas is also not listed on your tax returns as the name of your business. The business also could not be found on the state of Texas as an active business entity. We will require an alternative document such as a CPA letter or employment contract to verify your history of self-employment. Thank you.

Ivan Betancourt, please provide one of the following documents to show that web development currently exists: a current state/business license or DBA; a letter from a professional organization verifying that you're currently self-employed; a signed letter from your CPA verifying the existence of your business; **a letter from a business showing dates of service and the type of service you provided**; or your current liability, bond or workers' compensation insurance policy. We need to verify that you are currently self-employed.

Please note the following:

*We are not able to use tax returns as self-employment verification. We need to verify that you are still actively self-employed.

*Any letter provided must be on the letterhead of the company supplying the verification.

*Letters also need to be signed and dated.

Thanks,

Ivan Betancourt
ivan@InsurorAtlas.com
903-527-1000 / 800-700-5943
Ext 1030

EXHIBIT
tabbies
9

Pearl General Agency, Inc.
P.O. Box 1187
Caddo Mills, Texas 75135
(903) 527-1010

To whom it may concern:

Mr. Ivan Betancourt has been continuously working for Pearl General Agency, Inc. as a self-employed individual since January 4, 2016. He is currently working on long-term, ongoing projects involving the development and enhancement of software programs, as well as software maintenance.

If you have any further questions, please contact me at (903) 527-1000 extension 1010.

Regards,

John Edwards
MIS Supervisor
Pearl General Agency, Inc.
DBA Paladin MGA
John@PaladinMGA.com

**From:** John Edwards [/O=AMERICAN RECREATIONAL MARKETS/OU=EXCHANGE/CN=RECIPIENTS/CN=JEDWARDS]
**Sent:** 12/13/2023 6:39:51 PM
**To:** Ivan Betancourt [ivan@insuroratlas.com]
**Subject:** RE: Self-Employment Verification
**Attachments:** Scan_20231213.pdf

Ivan,

Here is the letter.

Good luck.

John

**From:** Ivan Betancourt <Ivan@insuroratlas.com>
**Sent:** Monday, December 11, 2023 10:50 AM
**To:** John Edwards <John@InsurorAtlas.com>
**Subject:** Self-Employment Verification

John can you provide me a letter as requested by my mortage broker?
I highlighted the parts that apply.

Update 12/11/23: Thank you for your website posting. However, we are unable to accept this document as it is not on the list as an acceptable verification. The business Insuror Atlas is also not listed on your tax returns as the name of your business. The business also could not be found on the state of Texas as an active business entity. We will require an alternative document such as a CPA letter or employment contract to verify your history of self-employment. Thank you.

Ivan Betancourt, please provide one of the following documents to show that web development currently exists: a current state/business license or DBA; a letter from a professional organization verifying that you're currently self-employed; a signed letter from your CPA verifying the existence of your business; **a letter from a business showing dates of service and the type of service you provided**; or your current liability, bond or workers' compensation insurance policy. We need to verify that you are currently self-employed.

Please note the following:

*We are not able to use tax returns as self-employment verification. We need to verify that you are still actively self-employed.

*Any letter provided must be on the letterhead of the company supplying the verification.

*Letters also need to be signed and dated.

Thanks,

Ivan Betancourt
ivan@InsurorAtlas.com
903-527-1000 / 800-700-5943
Ext 1030

13-C

Pearl General Agency, Inc.
P.O. Box 1187
Caddo Mills, Texas 75135
(903) 527-1010

To whom it may concern:

Mr. Ivan Betancourt has been continuously working for Pearl General Agency, Inc. as a self-employed individual since January 4, 2016. He is currently working on long-term, ongoing projects involving the development and enhancement of software programs, as well as software maintenance.

If you have any further questions, please contact me at (903) 527-1000 extension 1010.

Regards,

John Edwards
MIS Supervisor
Pearl General Agency, Inc.
DBA Paladin MGA
John@PaladinMGA.com

13-D

| | A |
|---|---|
| 1 | 4/21/2017 Rockwall Fri |
| 2 | 4/24/2017 Rockwall Mon |
| 3 | 4/28/2017 Rockwall Fri |
| 4 | 5/1/2017 Rockwall Mon |
| 5 | 5/5/2017 Rockwall Fri |
| 6 | 5/8/2017 Rockwall Mon |
| 7 | 5/12/2017 Rockwall Fri |
| 8 | 5/15/2017 Rockwall Mon |
| 9 | 5/19/2017 Rockwall Fri |
| 10 | 5/22/2017 Rockwall Mon |
| 11 | 6/2/2017 Rockwall Fri |
| 12 | 6/9/2017 Rockwall Fri |
| 13 | 6/13/2017 Rockwall Tue |
| 14 | 6/16/2017 Rockwall Fri |
| 15 | 6/21/2017 Rockwall Wed |
| 16 | 6/26/2017 Rockwall Mon |
| 17 | 6/30/2017 Rockwall Fri |
| 18 | 7/7/2017 Rockwall Fri |
| 19 | 7/10/2017 Rockwall Mon |
| 20 | 7/12/2017 Rockwall Wed |
| 21 | 7/13/2017 Rockwall Thu |
| 22 | 7/17/2017 Rockwall Mon |
| 23 | 7/18/2017 Rockwall Tue |
| 24 | 7/19/2017 Rockwall Wed |
| 25 | 7/20/2017 Rockwall Thu |
| 26 | 7/21/2017 Rockwall Fri |
| 27 | 7/24/2017 Rockwall Mon |
| 28 | 7/28/2017 Rockwall Fri |
| 29 | 7/31/2017 Rockwall Mon |
| 30 | 8/2/2017 Rockwall Wed |
| 31 | 8/7/2017 Rockwall Mon |
| 32 | 8/11/2017 Rockwall Fri |
| 33 | 8/14/2017 Rockwall Mon |
| 34 | 8/21/2017 Rockwall Mon |
| 35 | 8/25/2017 Rockwall Fri |
| 36 | 8/28/2017 Rockwall Mon |
| 37 | 9/5/2017 Rockwall Tue |
| 38 | 9/8/2017 Rockwall Fri |
| 39 | 9/15/2017 Rockwall Fri |
| 40 | 9/22/2017 Rockwall Fri |
| 41 | 9/25/2017 Rockwall Mon |
| 42 | 9/29/2017 Rockwall Fri |
| 43 | 10/2/2017 Rockwall Mon |

| | A |
|---|---|
| 44 | 10/13/2017 Rockwall Fri |
| 45 | 10/20/2017 Rockwall Fri |
| 46 | 10/23/2017 Rockwall Mon |
| 47 | 10/27/2017 Rockwall Fri |
| 48 | 10/30/2017 Rockwall Mon |
| 49 | 11/3/2017 Rockwall Fri |
| 50 | 11/6/2017 Rockwall Mon |
| 51 | 11/10/2017 Rockwall Fri |
| 52 | 11/13/2017 Rockwall Mon |
| 53 | 11/17/2017 Rockwall Fri |
| 54 | 11/20/2017 Rockwall Mon |
| 55 | 11/27/2017 Rockwall Mon |
| 56 | 12/1/2017 Rockwall Fri |
| 57 | 12/4/2017 Rockwall Mon |
| 58 | 12/8/2017 Rockwall Fri |
| 59 | 12/11/2017 Rockwall Mon |
| 60 | 12/15/2017 Rockwall Fri |
| 61 | 12/18/2017 Rockwall Mon |
| 62 | 12/22/2017 Rockwall Fri |
| 63 | 12/26/2017 Rockwall Tue |
| 64 | 12/29/2017 Rockwall Fri |
| 65 | 1/5/2018 Rockwall Fri |
| 66 | 1/8/2018 Rockwall Mon |
| 67 | 1/12/2018 Rockwall Fri |
| 68 | 1/15/2018 Rockwall Mon |
| 69 | 1/19/2018 Rockwall Fri |
| 70 | 1/22/2018 Rockwall Mon |
| 71 | 1/23/2018 Rockwall Tue |
| 72 | 1/29/2018 Rockwall Mon |
| 73 | 2/2/2018 Rockwall Fri |
| 74 | 2/5/2018 Rockwall Mon |
| 75 | 2/9/2018 Rockwall Fri |
| 76 | 2/12/2018 Rockwall Mon |
| 77 | 2/16/2018 Rockwall Fri |
| 78 | 2/19/2018 Rockwall Mon |
| 79 | 2/23/2018 Rockwall Fri |
| 80 | 2/26/2018 Rockwall Mon |
| 81 | 3/1/2018 Rockwall Thu |
| 82 | 3/5/2018 Rockwall Mon |
| 83 | 3/9/2018 Rockwall Fri |
| 84 | 3/12/2018 Rockwall Mon |
| 85 | 3/16/2018 Rockwall Fri |
| 86 | 3/19/2018 Rockwall Mon |

13-D

| | A |
|---|---|
| 87 | 3/23/2018 Rockwall Fri |
| 88 | 3/26/2018 Rockwall Mon |
| 89 | 3/30/2018 Rockwall Fri |
| 90 | 4/2/2018 Rockwall Mon |
| 91 | 4/6/2018 Rockwall Fri |
| 92 | 4/9/2018 Rockwall Mon |
| 93 | 4/13/2018 Rockwall Fri |
| 94 | 4/16/2018 Rockwall Mon |
| 95 | 4/23/2018 Rockwall Mon |
| 96 | 4/27/2018 Rockwall Fri |
| 97 | 5/2/2018 Rockwall Wed |
| 98 | 5/4/2018 Rockwall Fri |
| 99 | 5/7/2018 Rockwall Mon |
| 100 | 5/11/2018 Rockwall Fri |
| 101 | 5/14/2018 Rockwall Mon |
| 102 | 5/18/2018 Rockwall Fri |
| 103 | 5/21/2018 Rockwall Mon |
| 104 | 5/25/2018 Rockwall Fri |
| 105 | 5/29/2018 Rockwall Tue |
| 106 | 6/1/2018 Rockwall Fri |
| 107 | 6/4/2018 Rockwall Mon |
| 108 | 6/8/2018 Rockwall Fri |
| 109 | 6/11/2018 Rockwall Mon |
| 110 | 6/15/2018 Rockwall Fri |
| 111 | 6/18/2018 Rockwall Mon |
| 112 | 6/22/2018 Rockwall Fri |
| 113 | 6/25/2018 Rockwall Mon |
| 114 | 6/29/2018 Rockwall Fri |
| 115 | 7/2/2018 Rockwall Mon |
| 116 | 7/6/2018 Rockwall Fri |
| 117 | 7/9/2018 Rockwall Mon |
| 118 | 7/13/2018 Rockwall Fri |
| 119 | 7/16/2018 Rockwall Mon |
| 120 | 7/20/2018 Rockwall Fri |
| 121 | 7/23/2018 Rockwall Mon |
| 122 | 7/27/2018 Rockwall Fri |
| 123 | 7/30/2018 Rockwall Mon |
| 124 | 8/3/2018 Rockwall Fri |
| 125 | 8/6/2018 Rockwall Mon |
| 126 | 8/10/2018 Rockwall Fri |
| 127 | 8/13/2018 Rockwall Mon |
| 128 | 8/20/2018 Rockwall Mon |
| 129 | 8/24/2018 Rockwall Fri |

| | A |
|---|---|
| 130 | 8/28/2018 Rockwall Tue |
| 131 | 8/31/2018 Rockwall Fri |
| 132 | 9/4/2018 Rockwall Tue |
| 133 | 9/7/2018 Rockwall Fri |
| 134 | 9/10/2018 Rockwall Mon |
| 135 | 9/14/2018 Rockwall Fri |
| 136 | 9/17/2018 Rockwall Mon |
| 137 | 9/24/2018 Rockwall Mon |
| 138 | 9/28/2018 Rockwall Fri |
| 139 | 10/1/2018 Rockwall Mon |
| 140 | 10/5/2018 Rockwall Fri |
| 141 | 10/8/2018 Rockwall Mon |
| 142 | 10/12/2018 Rockwall Fri |
| 143 | 10/15/2018 Rockwall Mon |
| 144 | 10/19/2018 Rockwall Fri |
| 145 | 10/22/2018 Rockwall Mon |
| 146 | 10/26/2018 Rockwall Fri |
| 147 | 10/29/2018 Rockwall Mon |
| 148 | 10/31/2018 Rockwall Wed |
| 149 | 11/1/2018 Rockwall Thu |
| 150 | 11/5/2018 Rockwall Mon |
| 151 | 11/12/2018 Rockwall Mon |
| 152 | 11/16/2018 Rockwall Fri |
| 153 | 11/19/2018 Rockwall Mon |
| 154 | 11/26/2018 Rockwall Mon |
| 155 | 11/30/2018 Rockwall Fri |
| 156 | 12/3/2018 Rockwall Mon |
| 157 | 12/7/2018 Rockwall Fri |
| 158 | 12/10/2018 Rockwall Mon |
| 159 | 12/14/2018 Rockwall Fri |
| 160 | 12/17/2018 Rockwall Mon |
| 161 | 12/21/2018 Rockwall Fri |
| 162 | 12/28/2018 Rockwall Fri |
| 163 | 1/7/2019 Firewheel Mon |
| 164 | 1/11/2019 Firewheel Fri |
| 165 | 1/14/2019 Firewheel Mon |
| 166 | 1/18/2019 Firewheel Fri |
| 167 | 1/21/2019 Firewheel Mon |
| 168 | 1/25/2019 Firewheel Fri |
| 169 | 1/28/2019 Firewheel Mon |
| 170 | 2/1/2019 Firewheel Fri |
| 171 | 2/4/2019 Firewheel Mon |
| 172 | 2/6/2019 Firewheel Wed |

| | A |
|---|---|
| 173 | 2/8/2019 Firewheel Fri |
| 174 | 2/11/2019 Firewheel Mon |
| 175 | 2/18/2019 Firewheel Mon |
| 176 | 2/22/2019 Firewheel Fri |
| 177 | 2/25/2019 Firewheel Mon |
| 178 | 3/1/2019 Firewheel Fri |
| 179 | 3/5/2019 Firewheel Tue |
| 180 | 3/8/2019 Firewheel Fri |
| 181 | 3/11/2019 Firewheel Mon |
| 182 | 3/15/2019 Firewheel Fri |
| 183 | 3/18/2019 Firewheel Mon |
| 184 | 3/27/2019 Firewheel Wed |
| 185 | 3/29/2019 Firewheel Fri |
| 186 | 4/1/2019 Firewheel Mon |
| 187 | 4/5/2019 Firewheel Fri |
| 188 | 4/8/2019 Firewheel Mon |
| 189 | 4/12/2019 Firewheel Fri |
| 190 | 4/15/2019 Firewheel Mon |
| 191 | 4/19/2019 Firewheel Fri |
| 192 | 4/22/2019 Firewheel Mon |
| 193 | 4/26/2019 Firewheel Fri |
| 194 | 4/29/2019 Firewheel Mon |
| 195 | 5/3/2019 Firewheel Fri |
| 196 | 5/6/2019 Firewheel Mon |
| 197 | 5/10/2019 Firewheel Fri |
| 198 | 5/13/2019 Firewheel Mon |
| 199 | 5/28/2019 Firewheel Tue |
| 200 | 6/7/2019 Firewheel Fri |
| 201 | 6/10/2019 Firewheel Mon |
| 202 | 6/14/2019 Firewheel Fri |
| 203 | 6/17/2019 Firewheel Mon |
| 204 | 6/24/2019 Firewheel Mon |
| 205 | 7/19/2019 Firewheel Fri |
| 206 | 7/22/2019 Firewheel Mon |
| 207 | 7/26/2019 Firewheel Fri |
| 208 | 7/29/2019 Firewheel Mon |
| 209 | 7/31/2019 Firewheel Wed |
| 210 | 8/2/2019 Firewheel Fri |
| 211 | 8/5/2019 Firewheel Mon |
| 212 | 8/9/2019 Firewheel Fri |
| 213 | 8/12/2019 Firewheel Mon |
| 214 | 8/16/2019 Firewheel Fri |
| 215 | 8/19/2019 Firewheel Mon |

13-D

| | A |
|---|---|
| 216 | 8/23/2019 Firewheel Fri |
| 217 | 8/26/2019 Firewheel Mon |
| 218 | 8/30/2019 Firewheel Fri |
| 219 | 9/3/2019 Firewheel Tue |
| 220 | 9/6/2019 Firewheel Fri |
| 221 | 9/9/2019 Firewheel Mon |
| 222 | 9/13/2019 Firewheel Fri |
| 223 | 9/16/2019 Firewheel Mon |
| 224 | 9/20/2019 Firewheel Fri |
| 225 | 9/23/2019 Firewheel Mon |
| 226 | 9/27/2019 Firewheel Fri |
| 227 | 9/30/2019 Firewheel Mon |
| 228 | 10/4/2019 Firewheel Fri |
| 229 | 10/7/2019 Firewheel Mon |
| 230 | 10/11/2019 Firewheel Fri |
| 231 | 10/14/2019 Firewheel Mon |
| 232 | 10/18/2019 Firewheel Fri |
| 233 | 10/21/2019 Firewheel Mon |
| 234 | 10/25/2019 Firewheel Fri |
| 235 | 10/28/2019 Firewheel Mon |
| 236 | 11/1/2019 Firewheel Fri |
| 237 | 11/4/2019 Firewheel Mon |
| 238 | 11/8/2019 Firewheel Fri |
| 239 | 11/12/2019 Firewheel Tue |
| 240 | 11/13/2019 Firewheel Wed |
| 241 | 11/14/2019 Firewheel Thu |
| 242 | 11/18/2019 Firewheel Mon |
| 243 | 11/22/2019 Firewheel Fri |
| 244 | 11/25/2019 Firewheel Mon |
| 245 | 12/9/2019 Firewheel Mon |
| 246 | 12/13/2019 Firewheel Fri |
| 247 | 12/16/2019 Firewheel Mon |
| 248 | 12/20/2019 Firewheel Fri |
| 249 | 12/23/2019 Firewheel Mon |
| 250 | 12/27/2019 Firewheel Fri |
| 251 | 12/30/2019 Firewheel Mon |
| 252 | 1/3/2020 Firewheel Fri |

13-E

**From:** <brianb@tdbtechnologies.com>
**To:** "'Clinton Grumbles'" <clinton.grumbles@acaciamga.com>
**Cc:** "'Ivan Betancourt'" <Ivan@tdbtechnologies.com>
**Subject:** new agreement
**Date:** Wed, 01 May 2024 23:29:19 +0000
**Attachments:** d3e2ac70-3710-4176-87af-1f4e54e5ce43.pdf

---

Tim wanted us to sign these

Brian Borders

CONFIDENTIAL PER PROTECTIVE ORDER

EXHIBIT 16
WIT: Tim Hunt
DATE: 2/28/25
Natasha Duckworth, CSR

13-E

## NON-DISCLOSURE AND
## INTELLECTUAL PROPERTY RIGHTS DISCLAIMER AND ASSIGNMENT

This Non-Disclosure and Intellectual Property Rights Disclaimer and Assignment Agreement is entered into as of April 30, 2024 ("Effective Date"), by and between Tim Hunt ("Owner") and Brian Borders ("Borders").

WHEREAS. Owner has developed through substantial effort, research, time, and expense certain inventions, design concepts, methodologies, technical know-how, copyrightable material and trade secrets directed and related to certain software commonly known as "Insuror Atlas" (the "Insuror Atlas Software"); and

WHEREAS, Owner desires to sell, assign and transfer all of its right, title and interest in and to the Insuror Atlas Software and the Insuror Atlas Proprietary Rights (defined below) to Maith Solutions LLC ("Maith"); and

WHEREAS, in order to sell, assign and transfer the Insuror Atlas Software and the Insuror Atlas Proprietary Rights to Maith, Owner desires to ensure the confidentiality of proprietary information related to the Insuror Atlas Software and the protection of the Insuror Atlas Proprietary Rights.

NOW, THEREFORE, in consideration of the mutual promises, covenants and conditions contained herein, the sufficiency of which is hereby acknowledged, the parties agree as follows.

**1. NONDISCLOSURE.**

**1.1 Nondisclosure.** Borders agrees to hold in strictest confidence and will not disclose, use, lecture upon or publish any of the Insuror Atlas Proprietary Information (defined below), except as such disclosure, use or publication may be required in connection with Border's work for the Owner or his assigns, or unless Owner or his assigns expressly authorizes such in writing. Borders agrees to obtain written approval from Owner or his assigns before publishing or submitting for publication any material (written, verbal, or otherwise) that relates to the Insuror Atlas Software and/or incorporates any Insuror Atlas Proprietary Information. Borders hereby assigns to the Owner all rights Borders may have acquired in such Insuror Atlas Proprietary Information as a result of Borders's work for Owner and recognizes that all such Insuror Atlas Proprietary Information shall be the sole property of the Owner and his assigns.

**1.2 Insuror Atlas Proprietary Information.** The term "**Insuror Atlas Proprietary Information**" shall mean any and all confidential and/or proprietary knowledge, data or information relating to the Insuror Atlas Software. By way of illustration but not limitation, the term "**Insuror Atlas Proprietary Information**" includes (a) data, results, ideas, processes, techniques, formulae, know-how, improvements, discoveries, developments and designs, (b) tangible and intangible information relating to insurance products, underwriting, claims and claims handling, software, software development, plans, processes or developments, and (c) plans for research, development and new products, marketing and selling information, business plans, budgets and unpublished financial statements, licenses, prices and costs, suppliers and customers, and information regarding the skills and compensation of other employees or contractors of Owner, all of which relate to the Insuror Atlas Software.

**2. DISCLAIMER AND ASSIGNMENT OF INTELLECTUAL PROPERTY.**

**2.1 Insuror Atlas Proprietary Rights.** The term "**Insuror Atlas Proprietary Rights**" shall mean all trade secret, patent, copyright, mask work and other intellectual property rights throughout the world related to the Insuror Atlas Software.



Betancourt_000133

13-E

**2.2 Disclaimer and Assignment.** Borders represents and warrants that he does not have and does not claim any rights to the Insuror Atlas Software or Insuror Atlas Proprietary Rights, nor does he consider the same to be his property. Borders acknowledges that all original works of authorship relating to the Insuror Atlas Software made by him (solely or jointly with others) from the beginning of time up through the Effective Date, within the scope of his work for Owner, and which are protectable by copyright are "works made for hire," pursuant to United States Copyright Act (17 U.S.C., Section 101). If, and to the extent, Borders is deemed by law to have any right or interest in the Insuror Atlas Software or the Insuror Atlas Proprietary Rights, Borders hereby assigns to Owner all of his right, title and interest in and to the Insuror Atlas Software and the Insuror Atlas Proprietary Rights, such assignment to be effective as of the Effective Date.

**2.3 Excluded Rights.** For the avoidance of doubt, the Insuror Atlas Software and the Insuror Atlas Proprietary Rights do not include any of Borders's right, title or interest in and to any intellectual property relating to that certain software application known as "Process One." Owner represents and warrants that he does not have and does not claim any rights to Process One, nor does he consider the same to be his property.

**3. GENERAL PROVISIONS.**

**3.1 Governing Law; Consent to Personal Jurisdiction.** This Agreement will be governed by and construed according to the laws of the State of Texas, as such laws are applied to agreements entered into and to be performed entirely within Texas between Texas residents. The parties hereby expressly consent to the personal jurisdiction of the state and federal courts located in Hunt County, Texas for any lawsuit arising from or related to this Agreement.

CONFIDENTIAL - PROTECTIVE ORDER

**3.2 Severability.** In case any one or more of the provisions contained in this Agreement shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect the other provisions of this Agreement, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein. If moreover, any one or more of the provisions contained in this Agreement shall for any reason be held to be excessively broad as to duration, geographical scope, activity or subject, it shall be construed by limiting and reducing it, so as to be enforceable to the extent compatible with the applicable law as it shall then appear.

**3.3 Successors and Assigns.** This Agreement will be binding upon Borders's heirs, executors, administrators and other legal representatives and will be for the benefit of the Owner, his successors, and his assigns. Borders hereby expressly consents to the Owner's assignment of this Agreement and all of the rights conveyed to Owner herein to Maith.

**3.4 Survival.** The provisions of this Agreement shall survive the termination of my employment and the assignment of this Agreement by the Company to any successor in interest or other assignee.

**3.5 Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between us. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing and signed by the party to be charged. Any subsequent change or changes in my duties, salary or compensation will not affect the validity or scope of this Agreement.

*<signature page follows>*



Betancourt_000134

13-E

IN WITNESS WHEREOF, the parties have executed this Agreement as of the Effective Date.

**BRIAN BORDERS**

__________________________________

**TIM HUNT**

__________________________________

CONFIDENTIAL PER PROTECTIVE ORDER