**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC and EDGEPOINT SYSTEMS, LLC, | § | |
| *Plaintiffs/Counter-Defendants*, | § | |
| v. | § | |
| MAITH SOLUTIONS LLC, | § | Civil Action No: 4:24-cv-00620-SDJ |
| *Defendant/Counter-Plaintiff/Third-Party Plaintiff*, | § | |
| v. | § | |
| BRIAN BORDERS and IVAN BETANCOURT | § | |
| *Third-Party Defendants*. | § | |

**PLAINTIFFS AND THIRD-PARTY DEFENDANTS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT 7

*August 26, 2014 Email from Payroll to T. Hunt*

**From:** Payroll [payroll@taebs.com]
**Sent:** 8/26/2013 1:36:22 AM
**To:** Tim Hunt [tim@sdinc.cc]
**CC:** John Edwards [john@insuroratlas.com]
**Subject:** Contractor Pay
**Attachments:** 20130825Prelim.pdf; Payroll 2013-08-10.pdf

Tim,

Attached is the preliminary report for contractor pay due on Monday, August 26, 2013. Please verify its accuracy and inform me if it is alright to print the checks.

Thanks,

Tom

--
Thomas A. Edwards, CPA
(903) 458-5504

EXHIBIT 8
WIT: Tim Hunt
DATE: 2/28/25
Natasha Duckworth, CSR

# Axess Insurance Agency
## Contract Labor
### As of August 25, 2013

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Borders, Brian** | | | | | |
| Bill | 8/18/2013 | | 8/25/2013 | | 1,779.40 |
| Total Borders, Brian | | | | | 1,779.40 |
| **Edwards, John** | | | | | |
| Bill | 8/18/2013 | | 8/25/2013 | | 2,000.00 |
| Total Edwards, John | | | | | 2,000.00 |
| TOTAL | | | | | 3,779.40 |



CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

08/23/2013 18:06:57

# INSUROR ATLAS

BRIAN BORDERS

07/26/2013 - 08/10/2013

| Date | In | Out | In | Out | Shift Total | Accum. Total |
|---|---|---|---|---|---|---|
| 07/26/2013 (Friday) | 9:00:00 A.M. | 12:12:25 P.M. | 1:16:49 P.M. | 6:14:09 P.M. | 8.15 | 8.15 |
| 07/29/2013 (Monday) | 9:00:54 A.M. | 12:11:15 P.M. | 1:32:26 P.M. | 6:04:18 P.M. | 7.67 | 15.82 |
| 07/30/2013 (Tuesday) | 9:00:00 A.M. | 12:02:00 P.M. | 1:24:13 P.M. | 6:13:11 P.M. | 7.83 | 23.65 |
| 07/31/2013 (Wednesday) | 9:00:00 A.M. | 12:13:17 P.M. | 1:08:35 P.M. | 6:24:18 P.M. | 8.46 | 32.11 |
| 08/01/2013 (Thursday) | 9:03:07 A.M. | 12:14:59 P.M. | 1:04:40 P.M. | 6:29:04 P.M. | 8.58 | 40.69 |
| 08/02/2013 (Friday) | 9:00:00 A.M. | 12:00:00 P.M. | 1:00:00 P.M. | 6:02:42 P.M. | 8.03 | 48.72 |
| 08/05/2013 (Monday) | 9:15:00 A.M. | 12:30:00 P.M. | 1:00:00 P.M. | 6:05:56 P.M. | 8.33 | 57.05 |
| 08/06/2013 (Tuesday) | 9:00:00 A.M. | 12:00:00 P.M. | 1:00:00 P.M. | 6:00:00 P.M. | 8.00 | 65.05 |
| 08/07/2013 (Wednesday) | 8:57:28 A.M. | 9:52:50 A.M. | 11:33:02 A.M. | 6:09:04 P.M. | 7.51 | 72.56 |
| 08/08/2013 (Thursday) | 8:59:43 A.M. | 12:24:04 P.M. | 1:21:11 P.M. | 6:00:00 P.M. | 8.03 | 80.59 |
| 08/09/2013 (Friday) | 9:00:23 A.M. | 12:27:00 P.M. | 1:06:18 P.M. | 6:03:52 P.M. | 8.38 | 88.97 |
| | | | | | Total Hours: | 88.97 |

| Work Week | Regular Hours | Overtime Hours | Sick Hours | Holiday Hours | Vacation Hours | Total Hours |
|---|---|---|---|---|---|---|
| 07/26/2013 thru 07/26/2013 | 8.15 | 0.00 | 0.00 | 0.00 | 0.00 | 8.15 |
| 07/27/2013 thru 08/10/2013 | 40.00 | 40.82 | 0.00 | 0.00 | 0.00 | 80.82 |
| | 48.15 | 40.82 | 0.00 | 0.00 | 0.00 | 88.97 |

Copyright Insuror Atlas

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

08/23/2013 18:05:00

# INSUROR ATLAS

JOHN EDWARDS

07/26/2013 - 08/10/2013

| Date | In | Out | In | Out | Shift Total | Accum. Total |
|---|---|---|---|---|---|---|
| 07/26/2013 (Friday) | 8:57:01 A.M. | 12:00:00 P.M. | 1:00:00 P.M. | 6:00:00 P.M. | 8.03 | 8.03 |
| 07/29/2013 (Monday) | 9:00:00 A.M. | 12:00:00 P.M. | 1:00:00 P.M. | 6:00:00 P.M. | 8.00 | 16.03 |
| 07/30/2013 (Tuesday) | 9:00:00 A.M. | 12:00:00 P.M. | 1:00:00 P.M. | 6:00:00 P.M. | 8.00 | 24.03 |
| 07/31/2013 (Wednesday) | 9:00:00 A.M. | 12:00:00 P.M. | 1:00:00 P.M. | 6:00:00 P.M. | 8.00 | 32.03 |
| 08/01/2013 (Thursday) | 9:00:00 A.M. | 12:00:00 P.M. | 1:00:00 P.M. | 6:00:00 P.M. | 8.00 | 40.03 |
| 08/02/2013 (Friday) | 9:00:00 A.M. | 12:00:00 P.M. | 1:00:00 P.M. | 6:00:00 P.M. | 8.00 | 48.03 |
| 08/05/2013 (Monday) | 9:00:00 A.M. | 12:00:00 P.M. | 1:00:00 P.M. | 6:00:00 P.M. | 8.00 | 56.03 |
| 08/06/2013 (Tuesday) | 9:00:00 A.M. | 12:00:00 P.M. | 1:00:00 P.M. | 6:00:00 P.M. | 8.00 | 64.03 |
| 08/07/2013 (Wednesday) | 9:00:00 A.M. | 12:00:00 P.M. | 1:00:00 P.M. | 6:00:00 P.M. | 8.00 | 72.03 |
| 08/08/2013 (Thursday) | 9:00:00 A.M. | 12:00:00 P.M. | 1:00:00 P.M. | 6:00:00 P.M. | 8.00 | 80.03 |
| 08/09/2013 (Friday) | 8:37:32 A.M. | 12:00:00 P.M. | 1:00:00 P.M. | 6:00:00 P.M. | 8.36 | 88.39 |
| | | | | | Total Hours: | 88.39 |

| Work Week | Regular Hours | Overtime Hours | Sick Hours | Holiday Hours | Vacation Hours | Total Hours |
|---|---|---|---|---|---|---|
| 07/26/2013 thru 07/26/2013 | 8.03 | 0.00 | 0.00 | 0.00 | 0.00 | 8.03 |
| 07/27/2013 thru 08/10/2013 | 40.00 | 40.36 | 0.00 | 0.00 | 0.00 | 80.36 |
| | 48.03 | 40.36 | 0.00 | 0.00 | 0.00 | 88.39 |

Copyright Insuror Atlas

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER