# EXHIBIT A

**From:** "brianb@tdbtechnologies.com" <brianb@tdbtechnologies.com>
**To:** "'clinton.grumbles@acaciamga.com'" <clinton.grumbles@acaciamga.com>
**Subject:** FW: Software consutation
**Date:** Fri, 01 Mar 2024 02:18:34 +0000
**Importance:** Normal
**Attachments:** Letter_re_Copyright.pdf
**Inline-Images:** image001.jpg

---

Attached is the original letter.

John spoke with attorney today to ask how defendable it would be to branch out on our own. It sounds like it would be a bad lawsuit, and the only real option would be to build a new system...

I'm shocked the news is so different tonight.... I'll talk to John again in the morning and try to get more detail. Maybe I should talk to another attorney myself?

Sorry to surprise you with all of this

Brian Borders

CONFIDENTIAL PER PROTECTIVE ORDER

Gents,

Attached is the letter that John and I discussed. Please treat this letter as a protected attorney-client communication and let me know if you have any questions.

Thank you.

**Thomas L. Warden**
**Principal | Conley Rose, P.C. | Intellectual Property Law**
777 North Eldridge Parkway, Suite 600 | Houston, TX 77079
Direct: (713) 237-8331 | Main: (713) 238-8000
twarden@conleyrose.com

Electronic Mail Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individuals or entities named above. If you are not the intended recipient, or if this e-mail has been mistakenly directed to you, you are hereby notified that any disclosure, copying, distribution, forwarding or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please immediately contact me or my assistant Mrs. Laura McBryde (713-238-8000 or lmcbryde@conleyrose.com), and delete the message from your computer and system. Thank you for your assistance.

EXHIBIT 17
B. Borders
2/25/2025
Stenographically Reported by:
Nicole A. Hatler CSR 11275