# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC and EDGEPOINT SYSTEMS, LLC, Plf/Counter-Defs, | ) | |
| V. | ) | |
| MAITH SOLUTIONS, LLC, Dft/Counter-plf/TP Plf, | ) | CIVIL ACTION NO. 4:24-cv-00620SDJ |
| V. | ) | |
| BRIAN BORDERS and IVAN BETANCOURT, Third-Party Dfts. | ) | |

---

ORAL AND VIDEOTAPED DEPOSITION OF

JOHN EDWARDS

WEDNESDAY, FEBRUARY 26, 2025

---

discussed. Brian just -- Brian just stated that he felt he was the owner of it.

Q. Okay. And what about you? Did he say you were also an owner?

A. Yes, he did.

Q. Did you ask him why he felt he was an owner of the software?

A. No. He stated that it was because he was a self-employed person and didn't have a contract.

Q. And you were in the same situation. Correct?

A. I was in the same situation as he is, but I didn't have the same feeling.

Q. You didn't believe you were an owner.

A. No. I didn't believe that I owned it.

Q. Okay. And why is that?

A. Because the same person had been paying for it since the very beginning. Since 1991 the same person has been paying my payroll, paying my employment since the beginning.

Q. And what happened after that discussion? Did you do anything or are you aware of Brian doing anything to determine whether or not --

A. No. It was pretty much quiet until some time in October when talks came up for possible sale of the program.

Tim's location, his property. It wasn't in his house.
Q. So he had a separate building?
A. Yes.
Q. Was it one big room or --
A. Yeah, it was basically a big room.
Q. Okay. And you and Mr. Borders worked there?
A. And Mr. Orosco and Tim.
Q. Did you use your own computer to write the software?
A. Sometimes.
Q. Most of the time?
A. I can't remember. Sometimes I purchased my laptop. Sometimes Tim provided them.
Q. So from 2010 to 2024, those 14 years, did you use your computer more than you used -- well, how many times did Mr. Hunt provide you with a computer to use?
A. I can't remember but --
Q. Go ahead. Go ahead.
A. I was just going to say the actual laptop to log on to the system didn't really matter. It was the servers that we were typing everything on.
Q. All right. So you might use your laptop, but you would connect into a server that was owned by Tim Hunt or Seguros or --
A. Yes, sir.

Q. And where was the server located?
A. In that same office.
Q. Did you also keep a copy of the software that you were writing on your own computer?
A. I did not, no.
Q. Do you know if Mr. Borders kept it on his own computer?
A. I can't tell you if he did or not.
Q. So to your knowledge, the only place where the code that you were writing was being stored was on the server in Mr. Hunt's building on his property.
A. That's my understanding, yes, sir.
Q. How often from 2010 to -- well, how -- let me back up. From 2010 to what date did you work primarily out of Mr. Hunt's building on his property?
A. From 2000 -- you mean the number of years or --
Q. Yeah.
A. -- the days of the week.
Q. No, first number of years. So I'm just trying to get how long a period. From 2010, I mean, did you work there --
A. To about 2014. I don't know the exact date, but then we moved to a building in Rockwall.
Q. And how long were you in the building at Rockwall?

Q. Did you have set working hours from 2010 to 2024?
A. Not really.
Q. You could set your own hours?
A. Pretty much. We needed to be there when the people started working, which is about 9 o'clock until 5 o'clock. So that's pretty much the hours that we set.
Q. Okay. Did you do work at other times as well?
A. Yes, sir.
Q. In other words, you would write code after hours. You would continue to work.
A. Normally we didn't write code after hours.
Q. You were just writing the code from 9:00 to 5:00?
A. Yes, sir.
Q. If you wanted to work at a different hour, would you -- you weren't dictated to be there from 9:00 to 5:00, were you?
A. No, sir.
Q. All right. Let me mark this.
(Exhibit 2 marked.)
Q. (BY MR. KESSLER) Let me show you what's been marked as Exhibit 2. This was -- Exhibit 2 is a response that your attorneys filed to the subpoena. Did you have an opportunity to review this before your