**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ACACIA INSURANCE MANAGERS, LLC and EDGEPOINT SYSTEMS, LLC, | § § § | |
| Plaintiffs/Counter-Defendants, | § § | |
| v. | § § | Civil Action No: 4:24-cv-00620SDJ |
| MAITH SOLUTIONS LLC, | § § | |
| Defendant/Counter-Plaintiff/Third-Party Plaintiff, | § § § | |
| v. | § § | |
| BRIAN BORDERS and IVAN BETANCOURT | § § § | |
| Third-Party Defendants. | § | |

**[PROPOSED] ORDER**

On this day the Court considered Plaintiffs/Counter-Defendants Acacia Insurance Managers, LLC ("Acacia"), Edgepoint Systems, LLC ("Edgepoint"), and Third-Party Defendants Brian Borders ("Borders") and Ivan Betancourt ("Betancourt") (all collectively referred to as "Plaintiffs") Motion For Summary Judgment ("Motion") (Dkt. 80). Having considered the Motion, the Response, the Reply, and the evidence of record, the Court finds that the Motion and should be denied.

IT IS THEREFORE ORDERED that Plaintiffs' Motion (Dkt. 80) is DENIED in its entirety.

IT IS SO ORDERED.